# COURT DISCRIMINATION IS AN AMERICAN TRADITION

EX 1

**The Indiana Supreme Court** in 2017 punished a nationally recognized disability rights advocate for using the ADA in federal court and making complaints about the Indiana Supreme Court itself.  *In re Straw*, 68 N.E.3d 1070 (Ind. 2/14/2017).  The Virginia State Bar ridiculed this attack using an ADA coordinator as a "drive-by shooting" and said that the lawyer attacked proved he **did not violate any ethical rule** in simply using the courts to press for greater disability rights.  The Virginia State Bar's 3-judge unconflicted panel said this disabled lawyer proved his case of not violating any ethical rule by "clear and convincing evidence."  Indiana state and federal courts **ignore this first in time final Virginia precedent** and continue to cause the disabled lawyer injury simply because **no one will stop them**.  Human rights violators the world over act the same way when there is no force to stop them and the higher courts collude and allow the violations.  The Illinois Court of Appeals in Chicago has said that this disabled lawyer, "is * * * **a public figure who works on disability rights issues**."  The Indiana Supreme Court has violated the rule against retaliation and the First Amendment right to use the courts without retaliation.  42 U.S.C. § 12203.  But no one will lift a finger to help the disabled lawyer.

Removing the lawyer's 5 licenses for over 5 years without an explicit ORDER imposing that much suspension was a property deprivation that violated the right to compensation for a taking.  *Straw v. Indiana*, 22A-PL-766 (Ind. Ct. App. 6/22/2022).  Again, Indiana courts refused to enforce the state constitution and Bill of Rights.

Abuse of frivolous as a weapon was challenged.  *Straw v. Frivolous*, 22-7068 (D.C. Cir.).

**The Indiana Supreme Court** bans all disabled people from being lawyers.

*Cummings v. Premier Rehab Keller, P.L.L.C.*, 596 U.S. ___ (2022) (6-3)

- SCOTUS limited Rehab Act of 1973 damages, removing emotional distress damage.

1

# COURT DISCRIMINATION IS AN AMERICAN TRADITION

**ADA Amendments Act of 2008** – overturned U.S. Supreme Court and lower courts to remove limitations on who can be considered disabled under the Americans with Disabilities Act.

*Tennessee v. Lane*, 541 U.S. 509, 525, 531 (2004) (5-4)

- State courts discriminate and this tradition goes back to the Founding Era.

*Barnes v. Gorman*, 536 U.S. 181 (2002) (unanimous)

- ADA Title II limited to compensatory damages and punitive damages were disallowed.

**Americans with Disabilities Act of 1990**

*Stump v. Sparkman*, 435 U.S. 349 (1978) (5-3)

- An Indiana state trial judge was immune from suit for secretly ordering the sterilization surgery of a young disabled woman who had no knowledge of what was being done to her.

**Rehabilitation Act of 1973**

Nazi Government First Sterilized, Then Murdered the Disabled.

*Buck v. Bell*, 274 U.S. 200 (1927) (8-1)

- Virginia was allowed to sterilize people with mental disabilities who were in state institutions.

**Judges Act of 1925**

- Judges Act stripped the First & Fifth Amendment **right to a merits decision** away from all petitioners to the U.S. Supreme Court.
- Challenged. *Straw v. Judges Act of 1925*, 22-5129 (D.C. Cir. 2022)
- The U.S. Supreme Court's **failure to grant certiorari** is what allowed the Indiana Supreme Court to impose outrageous and unjustified retaliatory discipline without considering the mitigating factors at all. *Straw v. Indiana Supreme Court*, 137 S. Ct. 2309 (2017). Without any higher review, a state supreme court can violate both statutory law and the Constitution with no consequence.