**XFINITY Connect**   tdixon3902@comcast.net
± Font Size −

### Andrew Straw

**From :** Brenda Rodeheffer <brenda.rodeheffer@courts.IN.gov>   Wed, Sep 03, 2014 12:02 PM
**Subject :** Andrew Straw
**To :** tdixon3902@comcast.net

Dear Tom: As a courtesy, I just wanted to let you know that I filed a disciplinary charge against Mr. Straw today and included pleadings from the federal case he filed against you and your ciient.

Regards,

**Brenda Rodeheffer**
Director, Office & Employment Law Services
Division of State Court Administration
30 S. Meridian St., Suite 500
Indianapolis, IN 46204
(317)234-3936
Fax: (317) 233-6586
Brenda.rodeheffer@courts.IN.gov


EXHIBIT C

**XFINITY Connect**                                                                 **tdixon3902@comcast.net**
                                                                                    ± Font Size -

### New info on Andrew U.D. Straw

**From :** Brenda Rodeheffer <brenda.rodeheffer@courts.IN.gov>     Thu, Oct 16, 2014 03:53 PM
**Subject :** New info on Andrew U.D. Straw
**To :** tdixon3902@comcast.net

Mr. Straw has filed a lawsuit this month in Northern District Court, Case No 2:14-cv-369 in which he represents a litigant, Christopher Rutherford. He apparently also represents Mr. Rutherford in a child custody/dissolution action in Marshall Superior 1. He brought this federal complaint not on behalf of himself, but as counsel for Mr. Rutherford.

Regards,

**Brenda Rodeheffer**
Director, Office & Employment Law Services
Division of State Court Administration
30 S. Meridian St., Suite 500
Indianapolis, IN 46204
(317)234-3936
Fax:  (317) 233-6586
Brenda.rodeheffer@courts.IN.gov