EX 9

# Andrew U. D. Straw
241A Brittany Drive
Streamwood, IL 60107
574-971-0131
andrew@andrewstraw.com

January 7, 2015

Executive Director G. Michael Witte
Disciplinary Commission
Indiana Supreme Court
30 S. Meridian Street, Suite 850
Indianapolis, IN 46204

Dear Mr. Witte,

  My name is Andrew Straw and I received your letter demanding a response to Ms. Rodeheffer's attack on me and my mental health. This is a preliminary response given the procedural posture of this matter.

  First of all, Rodeheffer has made a defamatory charge against me, and has also communicated with a lawyer who is pursuing a frivolous malpractice suit against me that has no factual basis whatsoever. I have informed your office of this *Sconiers v. Straw* suit in St. Joseph County Superior Court. I told the ex-client I would not file any case for her, and she agreed to that in writing. I had never even filed a case in federal court at that point and did not wish to as an accommodation to my bipolar at the time, which made me anxious sometimes. She is

1

suing me because her lawyer, Mr. Thomas M. Dixon, asserts she had an "expectation" that I file suit because she wanted me to (without my knowledge) and I am a lawyer and therefore so *had to do so*. Rodeheffer's emails about this complaint against me of hers showed up in Dixon's case last month. She supported and encouraged it, and she should be punished.

Because of Rodeheffer's earlier actions, there is now an EEOC investigation against her and the Indiana Supreme Court (of which this Commission is a part) for interfering with my career. I am preparing to add the Indiana Supreme Court as a defendant in the *Straw v. Sconiers* case in federal court in the Northern District on the basis of her actions and her complaint to you. My deadline to do so is January 30, 2015. This investigation will be added to that complaint as more evidence of harassment.

As far as my health goes, this Supreme Court discriminated against me in my licensing, as you know, and caused me to become unwell. It held a hearing to discuss my bipolar disorder and people *I worked with* at the Court were there. Currently, however, I have a

letter from my doctor dated August 20, 2014, stating that I am in good health and very productive. Attached.

In fact, it is really my being very productive that Rodeheffer and the Court object to. I was recognized as the ABA's "Spotlight" American attorney with disabilities for the month of January, 2014. I've been active pushing the courts, law schools, and lawyers to stop discriminating and change their attitudes and practices. We are not even 1% the way toward Congress' stated goal in the ADA of "elimination of discrimination" and the legal system, including the Indiana Supreme Court, is why.

I have not forgotten the discrimination I experienced as an employee of the Court, and I am also enclosing my full current EEOC charge so you can evaluate the situation for yourself.

It is true I have an ADA claim against the ABA for disability discrimination. The federal court here in Illinois is going through motions now. In fact, I have evidence that I provided the Court in Chicago that the ABA *hides past discrimination* in law school admissions. And not only that, the ABA itself reported in its GOAL-III Report that hardly any of the 700+ top leaders have disabilities.

The DOJ found that the LSAT was administrated up to 2014 in a discriminatory fashion against disabled students, and DOJ has been prosecuting claims against state supreme courts for disability discrimination in bar admissions.

*Law School Admission Council Agrees to Systemic Reforms and $7.73 Million Payment to Settle Justice Department's Nationwide Disability Discrimination Lawsuit*, 5/20/2014
http://www.justice.gov/opa/pr/law-school-admission-council-agrees-systemic-reforms-and-773-million-payment-settle-justice

*Department of Justice Reaches Agreement with the Louisiana Supreme Court to Protect Bar Candidates with Disabilities*, 8/15/2014
http://www.justice.gov/opa/pr/department-justice-reaches-agreement-louisiana-supreme-court-protect-bar-candidates

I complained in 2013 and 2014 that the IU-Maurer School of Law did not provide a working web link to accommodations for students with disabilities. I applied to be the Dean there so that I could address the discrimination at the Law School, and these complaints were part of that application. I repeated the request for accommodations links for 6 months before the Law School's link to the University's general accommodations page was provided. There is still no accommodations office listed at the Law School website. The word disability hardly appears on the Law School's website, and there are no student groups,

no scholarships, and very little to attract a disabled student to the school. For instance:

CAREERS

No programs for students with disabilities.

http://law.indiana.edu/careers/index.shtml

OPPORTUNITIES FOR STUDENTS

The word disability does not even appear.

http://law.indiana.edu/students/index.shtml

STUDENT ORGANIZATIONS

Despite having organizations for students who are Jewish, female, Black, Hispanic, feminists, or Asian, there is not one for disabled students.

http://law.indiana.edu/students/activities/index.shtml

CENTERS

None of the Centers is for disability rights.

http://law.indiana.edu/centers/index.shtml

In short, in every direction, I see evidence of disability-based discrimination or neglect in the American and Hoosier legal profession. It appears *if I do too much work* toward making the needed changes, I

will wind up with a complaint like Rodeheffer's. She may be the ADA officer at the Court, but that does not make her an advocate for disability rights. Far from it. It appears that makes her the expert on interfering with others' ADA rights. This action of hers is good reason to look for further disability discrimination in the Court's employment actions.

The ones to explain themselves are not me and other lawyers with disabilities, but people like the state supreme courts themselves for their discrimination. Discrimination well documented and longstanding, discrimination done with an arrogance and hateful joy that shows why our civil rights laws have been so *ineffective at helping disabled people in all areas of society*, not just employment as an attorney.

My fiancée is from Ukraine and this is why I have been helping people from there with their federal immigration work. I have clients from there seeking asylum because *Russia invaded that country* and annexed part of it. I have lived on 3 continents and am very active internationally. I know several languages and am fluent in English and Italian. I did work for the Italian Foreign Ministry at one point. I have

worked for a billionaire in Virginia (Alan M. Voorhees) on court records reform with advanced experts from the aerospace industry. Just because Rodeheffer does not understand my personal situation and experiences does not mean she gets to attack my mental health to you.

My fiancée, native in Russian and Ukrainian, also happens to be studying mental health counseling at the master's level here in Cook County, Illinois. We live together and she has learned a great deal about bipolar disorder and maintaining this disability in remission while remaining very active for civil rights change.

I am pursuing several claims for poisoning by the U.S. Navy at this time. My mother died from this poisoning and I got bipolar disorder and migraines from it. 17,000 people, children of Marines, were born there at the Naval Hospital and deal with the same things I do. I have an application for VA benefits under the Janey Ensminger Act for my own poisoning. I'll provide the link so Rodeheffer doesn't claim I am "delusional" about it.

http://www.publichealth.va.gov/exposures/camp-lejeune/

My birth certificate is attached, so she doesn't claim I am "delusional" about where I was born. It seems my enemies like Rodeheffer think

everything I say is a "delusion," but Rodeheffer's lack of accomplishment and attendant hatefulness and jealousy are not an indictment of the veracity of my own activities.

I push very hard for ADA rights and even today was discussing ADA compliance issues with the National Council on Disability's Director of Legislation, Anne Sommers, and a Senior Advisor to the Social Security Administration, Bob Williams, on SSDI and financial instability so many disabled Americans face. Their views of my query to them:

Sommers: "This is a fascinating inquiry. I confess I never paused to consider the relation between receipt of SSDI and one's FICO score." Bob Williams, Senior Advisor to Social Security Administration, said today: "Thank you for posing what I considered to be important research and policy questions."

The NCD advises the president and Congress on the ADA, but I constantly face uninformed thinking on the ADA from both lawyers and judges in Indiana. I should know how Indiana's judges think, since my job description when I worked at the Court was that I provide services to *all of the justices* as well as appellate judges and *every one of the*

*400+ trial judges*. I did an excellent job at that, notwithstanding the discrimination I experienced at the Court after my 6-car crash that kept me from doing much more.

I have advocated for electoral access for people with disabilities, and the Indiana legislature provided several changes I asked for in IC 3-8-6-6. I ran for Congress on a disability rights platform in 2011-2012 in Indiana's 2nd district.

I pushed for parking lot access here in Illinois and the backlash, very much like Rodeheffer's actions, landed the opposing law firm in front of the U.S. Supreme Court. My case will be in conference on January 16, 2015. *Straw v. Kloecker*, 14-702.

http://www.supremecourt.gov/Search.aspx?FileName=/docketfiles%5C14-702.htm

Same goes with the Indiana Democratic Party, which is exceptionally heinous in rejecting disability rights in South Bend. I have a case awaiting the Indiana Supreme Court's decision on transfer at this very moment. *Straw v. Indiana Democratic Party*, 93A02-1406-EX-00399. It has been waiting for this transfer decision for 89 days so far, and counting. I've experienced retaliation repeatedly from this dishonest political party and its officers, and whenever something

happens in South Bend, I expect from whence the trouble comes. The first big discriminating boss was Butch Morgan, a county chair, district chair, state committee member, and Indiana Election Commission member at one point. After I ran against him on disability rights issues for his district chair position in 2011 (and lost), he was convicted of felonies in forging ballot signatures in a presidential election. Guess where the malpractice case is. South Bend. Guess where I get no end of grief for pushing for the removal of the Housing Authority Executive Director on the basis of sexual harassment and civil rights violations. South Bend. I didn't go to court to accomplish that, but my research was enough to find she had been an officer on the claims committee of the Housing Authority's insurance company, and therefore had 2 chances to reject civil rights claims. South Bend is riddled with dishonest Democrats who violate civil rights on a regular basis, including their HQ.

*Democratic Party ignores handicapped woman's plea for access to downtown South Bend headquarters*, 9/29/2011
https://www.youtube.com/watch?v=2DebpmIA0oc&feature=youtu.be

(ABC 57 on disability access and my opposition to the party)

*South Bend Housing Authority's executive Director set to step down*, 4/13/2012.
http://www.abc57.com/story/27296514/south-bend-housing-authoritys-executive-director-set-to-step-down

You may also know that I applied for the superior court judge position in South Bend in 2013, and it just so happens that the judge assigned to my malpractice case is the judge who was selected for that position instead of me: Judge Hostetler.

I have cases for myself on disability rights, and cases for others. I have experienced retaliation. I have started a new political party for the rights of people with disabilities: *Disability Party*. We have over 1,300 followers from 39 countries since I started it on 2/5/2013.

Is this investigation political retaliation? This is the question I must ask myself, and I intend to provide this complaint to the EEOC and to the Indiana Attorney General, with whom I have been discussing the actions of Rodeheffer and the Court.

I provided evidence that supported disciplining Thomas M. Dixon, pushing his meritless malpractice case against me. You chose not to investigate. You have no evidence of anything I did wrong, and here I am responding to you. Meritless harassment in both cases.

As far as writing to the Indiana House and Indiana Senate about the violations of the Court and my inability to get justice for them, please review Indiana Constitution, Bill of Rights, Section 31:

> Section 31. No law shall restrain any of the inhabitants of the State from assembling together in a peaceable manner, to consult for their common good; <u>nor from instructing their representatives; nor from applying to the General Assembly for redress of grievances.</u>

Rodeheffer is not only violating the ADA in reporting me to you, but also the Indiana Constitution, as is the Court for asking me to explain my advocacy for disability rights. As if fighting for disability rights was some sort of *ethical lapse or crime*. The investigation is the ethical issue, not anything I have done in advancing disability rights. Certainly my record of accomplishments in this area are not a reason to think I am mentally unstable, unless harassment is the goal.

I am frankly very tired of the Indiana Supreme Court staff's vindictive behavior. Lilia Judson was part of it. Brenda Rodeheffer is with her emails and this complaint. Clerk Kevin S. Smith participated, refusing to accept my petition for redress with spurious constitutional arguments. I have had kicks to the shins from every one of these

people.  I consider such people hostile to me personally due to the much evidence of their interference and discrimination.

I respectfully ask you to confirm that you are closing this investigation, which is in my view more of the same discrimination I have experienced from the Indiana Supreme Court for 14 years.  *I expect an apology* for an investigation that is purely retaliation for my civil rights work precisely on the grounds that I have a mental disability and nothing more.

I also want to know if the existence of this investigation will in any way appear on the Roll of Attorneys.  Right now the Roll says that this attorney has no disciplinary record.  If any indication of it appears, I will include it in my federal case in the Northern District when I include the Supreme Court as a defendant.

Thank you, and please contact me with any questions.

Sincerely,

*[signature: Andrew U. D. Straw]*

Cc: EEOC, Indiana Attorney General