ORIGINAL

EX 11

# In the
# Indiana Supreme Court



| | |
|---|---|
| In the Matter of: ) | Supreme Court Cause No. |
| ) | |
| Andrew U. D. Straw , ) | 98S00-1601-DI-12 |
| Respondent. ) | |

### ACCEPTANCE OF APPOINTMENT AS HEARING OFFICER
### AND OATH OF OFFICE

I, __James R. Ahler__, having been appointed as the Hearing Officer in this matter on the 20th day of January, 20 16, do hereby accept such appointment and do solemnly swear or affirm that I will uphold the Constitution and the Laws of the United States of America and the Constitution and Laws of Indiana, and will honestly and faithfully discharge my duties to the best of my ability, So Help Me God.

_____
Hearing Officer's signature

Date: __01-22-2016__