Two people hospitalized after ==six-car accident==

Herald-Times Report

February 23, 2001

Two people were transported to Methodist Hospital in Indianapolis after being involved in a six-car accident Thursday morning.

Andrew Straw, 31, of 1750 N. Range Road, was listed in fair condition Thursday evening, according to a hospital spokeswoman.

Jennifer Bauer, of 1223 S. Washington St., was in guarded condition, the spokeswoman said.

The two were injured after the green 1993 Chevrolet Geo they were riding in was in a head-on collision with a purple 1995 Pontiac Sunbird being driven by Kristin D. Jones, 17, of 536 W. Sample Road, according to a report by officer Tony Daffron of the Bloomington Police Department.

Jones was southbound on Business Ind. 37, near its intersection with North Old Ind. 37, when the wreck occurred about 7:30 a.m. ==Police said Jones crossed a double-yellow line and passed four vehicles before colliding with Straw's car, the report said==.

Straw had been driving north on Business Ind. 37 (North Walnut Street extended). Bauer was a passenger in Straw's vehicle, the report said.

Straw's car was also struck by a southbound white 1990 Ford Tempo being driven by Christine A. Brazzell, 23, of Indianapolis, the report said.

A gold 1994 Ford Tempo being driven south by Christopher T. Carmack, 21, of Martinsville, then struck Brazzell's car, the report said.

Dennis Doyle, 27, of 3727 E. Dora Road, tried to miss the accident in front of him, but his gray 1983 Oldsmobile was struck by a gray 1987 Honda Civic being driven by Jeffery D. Smith, 40, of Martinsville, the report said.

Copyright: HeraldTimesOnline.com 2001