


21-020256.

## STATE OF INDIANA
State Personnel Department, Benefits Division, 402 W. Washington Street,
IGCS Room W-161, Indianapolis, IN 46204
Phone: 317/232-1166; Fax: 317/232-3089

EX 27

# ATTENDING PHYSICIAN'S STATEMENT

This form is to be completed without expense to the State of Indiana and returned by _____ (DATE).

**TIMELY COMPLETION OF THIS FORM WILL ENABLE THE STATE PERSONNEL DEPARTMENT TO COMPENSATE OUR EMPLOYEE/YOUR PATIENT IN A TIMELY MANNER.**

### This section to be completed by Employee/Patient

NAME OF PATIENT: Andrew Straw

DATE OF BIRTH: March 19, 2001

AGENCY: Supreme Court of IN

JOB TITLE: Statistical Analyst

MALE X   FEMALE ___

### To be completed by Physician

**HISTORY**
(a) When did symptoms first appear or accident happen? 2/22/01
(b) Has patient ever had same or similar condition?
    Unknown ___   No X   Yes ___   (If YES, state when and describe.)
(c) Is condition due to injury or sickness arising from patient's employment?
    Unknown ___   No X   Yes ___
(d) Names & addresses of other treating physicians: _____

**DIAGNOSIS**
(a) Diagnosis (including any complications): dislocated (R) hip, acetabular fx, (R) ankle pilon fx, (R) metatarsal fx, (R) femoral head fx
(b) If pregnancy, estimated date of delivery: _____
(c) Subjective symptoms: _____
(d) Objective findings (including current x-rays, ekg's, laboratory data and any clinical findings): as above

**TREATMENT**
(a) Date of first visit: 2/22      (b) Date of last visit: _____
(c) Frequency: Weekly ___; Monthly ___; Other (specify) _____
(d) Nature of treatment (including surgery and medications prescribed, if any): ORIF (R) acetabulum, ex fix (R) ankle, ORIF femoral head
(e) Has patient been hospital confined?   Yes X   No ___   (If yes, give name & address of hospital) _____
Dates confined from/through: 2/22 to present

EXHIBIT "B"

(FORM T3. 3/92)

**PHYSICAL IMPAIRMENT** (* as defined in federal dictionary of occupational titles)

    \_\_\_\_ Class 1 — No limitation of functional capacity; capable of heavy work No restrictions* (0 - 10%)
    \_\_\_\_ Class 2 — Medium manual activity* (15 - 30%)
    \_\_\_\_ Class 3 — Slight limitation of functional capacity; capable of light work* (35 - 55%)
    \_\_\_\_ Class 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary) activity* (60 - 70%)
    _X_ Class 5 — ==Severe limitation of functional capacity; incapable of minimum (sedentary) activity*== (75 - 100%)
    \_\_\_\_ Other limitations: _____

**MENTAL/NERVOUS IMPAIRMENT (If applicable)**

(a) Please define "stress" as it applies to this claimant: _____

(b) What stress and problems in interpersonal relations has claimant had on job? _____

    \_\_\_\_ Class 1 — Patient is able to function under stress and engage in interpersonal relations (no limitations)
    \_\_\_\_ Class 2 — Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
    \_\_\_\_ Class 3 — Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
    \_\_\_\_ Class 4 — Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
    \_\_\_\_ Class 5 — Patient has significant loss of psychgological, physiological, personal and social adjustment (severe limitations)
    \_\_\_\_ Other Limitations: _____

**PROGNOSIS**

(a) Date patient became totally disabled: 2/22
(b) Anticipated return to work date? 7/1/01

(Month, Date & Year)

**REMARKS**
(Limitations, therapy, etc.) in w/c 3-4 mos.

I declare that I have examined this report and the statements contained herein and to the best of my knowledge and belief are true, correct and complete. I further understand that a fraudulent misstatement in completing this form would result in a loss of benefits for my patient.

David Koehr MD            923-5352
Name (Attending Physician) *please print*    Degree    Phone #

1801 N. Senate #200
Address

Signature        2/26/01
              Date     (Form T3. 3/9)