

Exhibit L

EX 28

Exam history

CR
4/11/2012
4:18:15 PM

STRAW, ANDREW UD
MRN: 6295269
Acc #: 4948796
DOB: 19690319
Sex: M
Site: Rush Oak Park Hospital
Model: CR 85
Body Part: PELVIS

R

R ap

PORT

2320x2828
AP PELVIS
Decompressed 1:1

16:15pm

EX 28



EX 28



