Filed: 1/4/2023 3:41 PM
Monroe Circuit Court 1
Monroe County, Indiana



# Personal Growth Associates

**EX 29**
(847) 413-9700
Fax (847) 413-1701

919 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173

820 E. Terra Cotta Ave., #144
Crystal Lake, IL 60014

800 Roosevelt Road
Glen Ellyn, IL 60137

August 20, 2014

Re:  Andrew Straw
DOB: 03/19/1969

To whom it may concern:

This is to certify that Andrew U. D. Straw, VSB# 43651, has been evaluated and followed up in this clinic on 4/29/14 and 08/08/2014. By his account and review of previous records, his current working diagnosis is Bipolar Disorder, NOS. In the past he was diagnosed as Bipolar Disorder II, depressed. He has not had any psychiatric hospitalizations in over 4 years. As of writing this he is compliant with taking his medications and is clinically stable. There are no active signs and symptoms of pervasive depressive symptoms, mood instability, mania , psychosis and no suicidal or homicidal ideation. He seems quite productive in his day to day activities.

This is written upon his request and may be used as deemed necessary. Should you have any further questions please feel free to contact this office.

Sincerely,

Maria Luisa P. Estrada, M.D.
Staff Psychiatrist
Schaumburg