

EX 30

December 30, 2015

Andrew Straw
1900 E Golf Rd
Streamwood IL 60107-1389

Dear Mr. Straw:

You are currently in treatment for bipolar I disorder and anxiety not elsewhere classified. I have seen you twice in clinic. First was 3/10/15 and 10/20/15. Based on information gathered at our appointments it appears you have had a history of recurrent manic episodes with psychotic features in the past, as well as depressive episodes and you have reportedly had several psychiatric hospitalizations in the past as a result of these episodes. Your most recent episode was bipolar depression, and anxiety.

Thank you for including us as members of your health care team. If you have any questions or concerns, please don't hesitate to call.

Sincerely,

*[signature]*, MD

Sittanur Shoush, MD

25 N Winfield Rd
Suite 401
Winfield IL 60190-1295
Phone: 630-933-4200
Fax: 630-933-4210

Page 1 of 1