**Indiana University Health Goshen**

EX 31



| | | | |
|---|---|---|---|
| **To:** | (No Name) | **From:** | Ivon Galvez NCMA |
| **Fax:** | 1 (877) 310-9097 | **Fax:** | |
| **Company:** | Andrew Straw | **Phone:** | |
| **Pages:** | 2 | **Date:** | 7/12/2016 9:30:19 AM |

● **Comments:**

 Goshen Physicians

Goshen Urgent Care
400 W Lincoln Ave
Goshen, IN 46526-4723
Phone: (574)533-7600
Fax: (574)533-7666

07/12/2016

Andrew Straw
1900 E Golf Rd Ste 950
Schaumburg, IL 60173-5034

To whom it may concern,

Andrew Straw is my patient and has 2 service dogs who help him with activities of daily living due to his bipolar disorder, anxiety disorder, depression and migraine headaches. He should be allowed to have them live with him to maintain his health.

Should you require additional information, feel free to contact our office.

Sincerely,


Provider: Ann M. Cuthbert NP  07/12/2016 08:03 AM