

# Your Social Security Statement

EX 33

ANDREW U. STRAW                                                                                   December 29, 2022

**Important Information That May Affect Your Benefits**
The benefit estimates below are based on your earnings that were taxed for Social Security. Your benefits may be reduced if you participate in a retirement plan or receive a pension based on earnings not covered by Social Security. See *Earnings Not Covered by Social Security* box.

**Retirement Benefits**
We are not giving you estimates because our records show that you are already receiving or have qualified for benefits.
**If the benefits are based on your own record**, you received a notice of your benefit amount when you first qualified. Each year, you get an updated notice showing the annual cost-of-living increase. If you continue working while qualified for benefits and those earnings increase your benefit amount, we will send you additional notices of the new amounts. And when you die, we will base benefit payments for your survivors on your benefit amount.
**If you are getting benefits as the spouse or the widow or widower of someone else**, we must look at both records to determine how much you are entitled to. Please call us at **1-800-772-1213** or contact your local Social Security office so that we can discuss this with you.

**Disability Benefits**
We are not giving you estimates because our records show that you are already receiving or have qualified for benefits.

**Survivors Benefits**
We are not giving you estimates because our records show that you are already receiving or have qualified for benefits.

What you can do with a *my* Social Security account if you are receiving benefits:

- Set up or change direct deposit
- Get a Social Security 1099 (SSA-1099) form
- Opt out of mailed notices for those available online
- Print a benefit verification letter
- Change your address

**Medicare**
Medicare is the federal health insurance program for people:
- age 65 and older,
- under 65 with certain disabilities, and
- of any age with End-Stage Renal Disease (ESRD) (permanent kidney failure requiring dialysis or a kidney transplant).

For more information about Medicare, visit *medicare.gov* or *ssa.gov/medicare* or call **1-800-MEDICARE** (**1-800-633-4227**) (TTY **1-877-486-2048**).

We base benefit estimates on current law, which Congress has revised before and may revise again to address needed changes. Learn more about Social Security's future at *ssa.gov/ThereForMe*.

### Earnings Record

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. We have combined your earlier years of earnings below, but you can view your complete earnings record online with *my* Social Security. **If you find an error**, view your full earnings record online and call **1-800-772-1213**.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1981-1990 | $12,436 | $12,436 |
| 1991-2000 | $122,789 | $122,789 |
| 2001-2005 | $81,249 | $81,249 |
| 2006 | $0 | $0 |
| 2007 | $0 | $0 |
| 2008 | $0 | $0 |
| 2009 | $0 | $0 |
| 2010 | $0 | $0 |
| 2011 | $0 | $0 |
| 2012 | $5,029 | $5,029 |
| 2013 | $9,633 | $9,633 |
| 2014 | $5,975 | $5,975 |
| 2015 | $0 | $0 |
| 2016 | $0 | $0 |
| 2017 | $0 | $0 |
| 2018 | $0 | $0 |
| 2019 | $0 | $0 |
| 2020 | $0 | $0 |
| 2021 | Not yet recorded | Not yet recorded |

### Taxes Paid

Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

**Social Security taxes**
You paid: $15,475
Employer(s): $13,758

**Medicare taxes**
You paid: $3,642
Employer(s): $3,218

### Earnings Not Covered by Social Security

**You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes.** This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension from this work, your Social Security benefits may be affected by:

**Windfall Elimination Provision (WEP)** - Your retirement or disability benefit may be reduced, but not eliminated, by the WEP. The reduction amount, if any, depends on the number of years and the amount earned in jobs in which you paid Social Security taxes, and the year you turn age 62 or become disabled. To estimate the WEP's effect on your Social Security benefit, visit *ssa.gov/WEP-CHART*. In 2022, the maximum monthly reduction is $512. Learn more at *ssa.gov/WEP*.

**Government Pension Offset (GPO)** - If you qualify for benefits as a current or former spouse, widow, or widower, the GPO may reduce or eliminate your benefits. If the GPO applies, your Social Security benefit will be reduced by an amount equal to two-thirds of your government pension, and could be reduced to zero. Even if your benefit is reduced to zero, you will be eligible for Medicare at age 65 on your spouse's record. Learn more at *ssa.gov/GPO* .

### Important Things to Know about Your Social Security Benefits

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need 40 credits of work (at least 10 years) to qualify for retirement benefits. The amount of your benefit is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- To keep up with inflation, benefits are adjusted through "cost of living adjustments."
- If you get retirement or disability benefits, your spouse and children also may qualify for benefits.
- If you and your spouse both work, use the *my* Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record. If your ex-spouse receives benefits on your record, that does not affect your or your current spouse's benefit amounts.
- Learn more about benefits for you and your family at *ssa.gov/benefits/retirement/planner/applying7.html* .
- The *Statement* is updated annually. It is available online, or by mail upon request.

 

# Retirement Ready
*Fact Sheet For Workers Ages 49 -60*

## Retirement is different for everyone
Retirement means different things to different people. Because retirement is not one-size-fits-all, we want to provide you with the information you need to plan for retirement and to make informed decisions.

## Earnings are essential
Your earnings are used to determine your eligibility for Social Security benefits and your benefit amount. Use your *Social Security Statement* to check your earnings each year. If you see an error on your earnings record, report it to us. Learn how at *ssa.gov/pubs/EN-05-10081.pdf*.

## You will soon have choices to make
Once you turn 62, you will have important decisions to make about work and your Social Security retirement benefits. You can continue to work, apply for benefits, do both, or do neither. Each choice comes with important considerations for you and your family. Learn about them at *ssa.gov/benefits/retirement/matrix.html*.

| Retirement Choices | Continue Working | Stop Working |
|---|---|---|
| Claim Benefits | Option A | Option B |
| Not Claim Benefits | Option C | Option D |

## Benefits last as long as you live
Your benefits last as long as you live. Your full retirement age is 67. Taking benefits before your full retirement age (as early as age 62) lowers the amount you get each month for the rest of your life. Delaying benefits past your full retirement age (up to age 70) increases the monthly amount for the rest of your life. Our Life Expectancy Calculator can make a rough estimate of how long you might live based on your age and gender: *ssa.gov/planners/lifeexpectancy.html*.

## Working while getting benefits
If you get retirement benefits but want to continue to work, you can. However, depending on how much you earn before full retirement age, we might temporarily withhold some or all of your benefit amount. When you reach full retirement age, we will recalculate your benefit amount to give you credit for the months we reduced or withheld benefits due to your excess earnings. Any earnings after you reach your full retirement age won't reduce your benefits. Learn more at *ssa.gov/pubs/EN-05-10069.pdf*.

## Work may boost your benefits
Your earnings can increase your monthly benefit amount — even after you start receiving benefits. Each year, we check your earnings record. If your latest year of earnings turns out to be one of your highest 35 years, we will automatically recalculate your benefit amount and pay you any increase due. You can get additional estimates based on what you think your future earnings will be with the *my* Social Security Retirement Calculator at *myaccount.socialsecurity.gov* .

## Some benefits are taxed
You may have to pay federal income taxes on a portion of your Social Security benefits if your total income is above a certain amount. Learn more at *ssa.gov/planners/taxes.html*.

## Saving for retirement

Social Security is not meant to be your only source of income in retirement. You will likely need other savings, investments, pensions, or retirement accounts to live comfortably in retirement. On average, Social Security will replace about 40% of your annual pre-retirement earnings, although this can vary based on each person's circumstances. There are many ways to save for retirement. Here are some things to consider.

- Contribute to retirement accounts such as 401(k)s and Individual Retirement Accounts (IRAs).
- Take advantage of "catch-up" rules that let workers age 50 and older contribute an extra amount annually to a 401(k) and an IRA.
- Keep in mind that if you withdraw from or cash out your 401(k) or IRA before age 59½, you will usually pay an early withdrawal penalty.

Learn more about how to save at *savingmatters.dol.gov/employees.htm#7*.

## Social Security will be there when you retire

The Social Security taxes you pay go into the Social Security Trust Funds that are used to pay benefits to current beneficiaries. The Social Security Board of Trustees estimates that, based on current law, the Trust Funds will be able to pay benefits in full and on time until 2034. In 2034, Social Security would still be able to pay about $780 for every $1,000 in benefits scheduled. Learn more at *ssa.gov/ThereForMe*.

## Unable to work due to a mental or physical disability

A disability can occur at any age. If you are unable to work at a certain earnings level due to a mental or physical disability, and if you meet certain eligibility requirements, you may be able to receive Social Security disability benefits. Learn more about disability benefits at *ssa.gov/disability*. The Supplemental Security Income (SSI) program pays benefits to adults and children with disabilities who have limited income and resources. Learn more about SSI at *ssa.gov/benefits/ssi/*.

## Benefits for family members

Your family, including your spouse, former spouses, and dependent children, may qualify for benefits on your record. Find out more about benefits for your family at *ssa.gov/benefits/retirement/planner/applying7.html*.

Your family may also be eligible for survivors benefits. If you are the higher earning spouse, your decision on when to claim benefits can affect the benefits of your surviving spouse. Find out more about survivors benefits at *ssa.gov/planners/survivors*.

## Benefits as a spouse

If you are married, divorced, or widowed, you may be eligible for higher benefits on your spouse's record. When you apply for either retirement or spousal benefits, you may be required to apply for both benefits at the same time. Learn more at *ssa.gov/pubs/EN-05-10035.pdf*.

## Impact of other retirement plans

Most pensions or other retirement plans do not affect your Social Security benefits. But if you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. This work may have been for federal, state, or local government or in a foreign country. Learn more at *ssa.gov/gpo-wep*.

## We are here for you

Social Security covers about 96% of American workers. To learn more about Social Security, visit *ssa.gov*.

 Securing today and tomorrow

### When you're retirement ready...
The easiest and most convenient way to apply for retirement benefits is at *ssa.gov/applyforbenefits*.

**Social Security Administration** | Publication No. 05-10707 | June 2022 | Produced and published at U.S. taxpayer expense