

# NATIONAL CONFERENCE OF BAR EXAMINERS
MULTISTATE PROFESSIONAL RESPONSIBILITY EXAMINATION

EX 34

## EXAMINEE'S REPORT OF SCORES

Please review carefully all information printed below. If any data are incorrect or incomplete, contact the board of bar examiners in the jurisdiction to which your scores were reported.

| RAW SCORE | SCALED SCORE | TEST DATE | SOCIAL SECURITY NUMBER* |
|---|---|---|---|
| 36 | 101 | 03/13/98 | |

* If you did not indicate a Social Security number on your answer sheet, an identification number was assigned to your record for processing purposes.

STRAW, ANDREW U
BBHN HEPBURN C120
BLOOMINGTON, IN  47408

Your scores (shown above) were reported to the following jurisdiction as you requested in Block J of your answer sheet:

INDIANA

This jurisdiction requires a minimum passing scaled score of:

80

Each jurisdiction has the authority to determine its own passing score. If the jurisdiction you chose does not list a passing score, check with the board of bar examiners in that state to determine the passing score.

## EXPLANATION OF SCORES

Your **RAW SCORE** is the number of test questions that you answered correctly in the examination. The lowest possible raw score is 0; the highest is 50.

**SCALED SCORES** are standard scores that range from 50 (low) to 150 (high). The original mean (average) scaled score was established at 100. The conversion of raw scores to scaled scores involves a statistical process that adjusts for variations in