

# INDIANA UNIVERSITY

**SCHOOL OF LAW BLOOMINGTON**

EX 35

March 11, 1998

Indiana State Board of Bar Examiners
Suite 1070, South Tower
115 West Washington Street
Indianapolis, IN 46204-3417

RE: Andrew U. Straw

To Whom It May Concern:

This is a letter of recommendation on behalf of Andrew U. Straw, who is applying for membership to the bar.

Mr. Straw has been my research assistant for the past year and a half. During that time, we have worked closely on several research projects and articles. In his capacity as research assistant, he has written extensively for me, often providing me with memoranda on important points of law that are relevant to my article. He also has done an enormous amount of creative research, much of which he has done on the World Wide Web. His knowledge of computers and his ability to use them as a research and communication tool is unparalleled in my experience with students and colleagues. His ability and willingness to work hard as well as his sense of humor and sensitivity to people in general make him an absolute delight to work with. His broad philosophical approach to legal issues enables him to understand the deeper societal issues involved in the legal questions we deal with. He has a keen sense of justice and fairness which he brings very effectively to play in his work.

Over the last twenty years I have had many research assistants, both at Indiana University and at Cornell, where I spent my first fourteen years as a professor. I can honestly say I have never had a research assistant better than Andrew Straw and I place him among a handful of research assistants -- perhaps three -- that are among the very best that I have ever had. His ability to communicate, to write well, to understand the drift of my arguments and where I want to go, and to be critical of what I might wish to say, have been invaluable to me. He is an extraordinary student, an imaginative and creative intellect, and a thoroughly decent and sensitive human being.

Mr. Straw is a person of impeccable integrity and great intelligence and will be a credit to any bar of which he is a member. Please let me know if I can provide you with any additional information.

Yours sincerely,

Alfred C. Aman, Jr.
Dean and Professor of Law

ACA:lj

**OFFICE OF THE DEAN**

Third Street and
Indiana Avenue
Bloomington, Indiana
47405-1001

812-855-8885
Fax: 812-855-7057