**STATE BOARD OF LAW EXAMINERS**
**Suite 1070, South Tower**
**115 West Washington Street**
**Indianapolis, IN 46204-3417**

EX 36

CHECK ONE:

___x___  First Examination

_____  Re-examination

**FOR BOARD USE ONLY**

Application No. 05746

Fee $ 500.00

Receipt No. 12975

*Instructions: This application must be filed IN DUPLICATE with the State Board of Law Examiners at least 90 days prior to the date of examination. No exceptions. Give complete answers. Do not use "N/A" etc. Do not abbreviate. If space is insufficient, attach separate sheets. Type or print all entries. Retain a copy of this application.*

## IN THE SUPREME COURT OF INDIANA

*Application for Admission Upon Examination to Practice Law*

RECEIVED
NOV 30 2001
State Board of
Law Examiners

IN THE MATTER OF THE APPLICATION OF

___ Ms.
_x_ Mr

Andrew _____ U. D. _____ Straw
First            Middle              Last
( if no middle name state NMN)

1.  Social Security Number _____  Birthdate March 19, 1969

2.  Present mailing address:
    Number and Street        B103          City              State/Zip Code
    1750 North Range Road, **P**              Bloomington        IN / 47408

    Home Telephone No. 812-334-7089          Work No. 317-233-2312

    Use above address until  indefinitely

    Permanent mailing address:
    Number and Street                    City              State/Zip Code
    1750 North Range Road, B103          Bloomington        IN / 47408

    Telephone No. 812-334-7089

3.  I will receive/received my law school degree (J.D.) on  December ____ 1997
                                                             Month        Year
    from Indiana University School of Law - Bloomington
         Law        School

4.  If I am admitted to the Roll of Attorneys, please send my Admission Order to Monroe County, Indiana. A personal interview in this county must take place at least thirty (30) days prior to examination date. Choose your County carefully considering where you will be at that time.

1.

5. I was born in  Jacksonville, N.C.
   _____
                City and State

6. Parents:
   Father  Phillip U. D. Straw
   _____
                Name

   915 South 7th Street, Goshen, IN, 46526
   _____
                Address
              Telephone No. 219-533-4496

   Mother  Sandra K. Isaacs (maiden name)
   _____
                Name

   None (deceased February 1997)
   _____
                Address
              Telephone No. None

7. Have you ever served in the Armed Forces? No
   _____
   Branch of Service        Dates Served        Type of Discharge or Separation*

   _____    _____    _____

   _____    _____    _____

   *(Note: If discharge was other than "honorable," attach discharge documents or photographic copies thereof)

8. In addition to this application, I have filed applications for admission to practice law or to take state law examinations in the following states, INCLUDING INDIANA, on the following dates. If none, so state. If any applications have been denied or dismissed, so state with full explanation. If any bar examinations have been taken, identify the state, the date taken and set out the results. If you are admitted in another jurisdiction, attach a certificate of good standing for each jurisdiction in which you are admitted.

   Admitted in Virginia, April 1999
   _____

   _____

9. Attach reference letters with this application from three references who can advise the Board concerning your moral character and fitness to practice law. (These do not include relatives or schoolmates.) List the names and addresses of these references.

| Name | Address | City and State |
|------|---------|----------------|
| 1. Prof. John Scanlan | 211 South Indiana | Bloomington, IN, 47405 |
|  |  | Zip Code |
| 2. Prof. Paul V. Spade | Sycamore 126 | Bloomington, IN, 47405 |
|  |  | Zip Code |
| 3. Prof. Carmen Simich-Dudgeon | 201 N. Rose Avenue | Bloomington, IN, 47405 |
|  |  | Zip Code |
| 4. Dean Alfred C. Aman, Jr. | 211 South Indiana | Bloomington, IN, 47405 |

2.

# Supreme Court of Virginia

### AT RICHMOND

## Certificate

I, David B. Beach, Clerk of the Supreme Court of Virginia,

do hereby certify that

### ANDREW U.D. STRAW

was admitted to practice as an attorney and counsellor at the bar of

this Court on June 7, 1999.

I further certify that so far as the records of this office are

concerned, ANDREW U.D. STRAW is a member of the bar of this

Court in good standing.

**Witness** my hand and seal of said Court

This 8th day of November

A.D. 2001

By: _Deputy Clerk_

INDIANA UNIVERSITY



SCHOOL OF LAW
BLOOMINGTON

State Board of Law Examiners
South Tower, Suite 1070
115 W. Washington St.
Indianapolis, IN 46204-3417

November 13, 2000

To Whom It May Concern:

Andrew Straw, a former law student of mine, has asked me to provide a letter
attesting to his moral character and fitness to practice law. I am very pleased to do so.

I have known Andy approximately four years. I recall two classes that he took from
me, and believe he may have taken a third. I particularly recall his participation in
Law and Political Theory, where he was a very visible and well-prepared student. I
have also had occasion to advise Andy and his wife about some immigration
questions which arose because she was seeking to change her visa status.

Andy was a conscientious student. Hew was active in student organizations. In all
my contacts with him, I found him to be straightforward and polite. I know of
absolutely nothing in his background or character that should cast any shadow on his
ability to practice law in this or any other state.

Sincerely,


John A. Scanlan
Professor of Law

*John A. Scanlan*

JAS/ft

211 S. Indiana Avenue
Bloomington, Indiana
47405-7001

Fax: 812-855-0555

# INDIANA UNIVERSITY



October 28, 2000

**COLLEGE OF
ARTS AND SCIENCES**

To Whom It May Concern:

I am writing on behalf of <u>Mr. Andrew U. D. Straw</u>, who is seeking admission to the bar in the state of Indiana.

I have known Mr. Straw for approximately eleven years, first on a teacher/student basis and then as an acquaintance and friend. Mr. Straw took several classes from me, on a variety of topics, while he was a student at Indiana University, including one graduate-level class on mediaeval phiiosophy. In all of these he did very well. In addition, he was a frequent visitor to my office hours, and later on we began to get together informally for lunch or coffee.

I have always found Mr. Straw to be honest and fair-minded, with a strong intellectual curiosity. I know of no reason that he should not be admitted to the bar to practice law in Indiana, and heartily recommend him.

Sincerely,

Paul Vincent Spade
Professor of Philosophy
(812-)334-3459, e-mail: spade@indiana.edu

DEPARTMENT OF PHILOSOPHY

Sycamore Hall 026
Bloomington, Indiana
47405-2601

812-855-9503
Fax: 812-855-3777

**INDIANA UNIVERSITY**

**SCHOOL OF EDUCATION**



*90th Anniversary 1908-1998*

March 27, 1998

Indiana State Board of Law Examiners
Suite 1070, South Tower
115 W. Washington Street
Indianapolis, IN 46204-3417

Dear Sirs,

Mr. Andrew U. Straw has asked me to write a letter of reference to include with his bar examination application. I am delighted to do so.

I met Andrew in 1994 when he enrolled in the *L520, Advanced Study of Foreign Language Teaching*, for which I was the instructor. During that semester, Andrew impressed me with his intellect, his writing ability, and his interpersonal skills. His analytic skills and desire to investigate issues broadly and from different perspectives were hallmarks of his scholarship and success in the course. He was in the top 3% of my class. In addition to his intellectual abilities, Mr. Straw showed that he was a person of high integrity and moral values. Andrew was always sympathetic to those that needed assistance and gave his time freely to his peers and to community service. .

Andrew and I have kept in touch over the years. I have met his lovely wife, a Ph.D. student at Indiana University, Bloomington, and have followed his professional growth, first evidenced by his completion of a Masters in Language Education from the School of Education, Indiana University, Bloomington; and then a law degree, also at Indiana University, Bloomington. Andrew continues to be involved in assisting others in need. For example, he has been volunteering at Thomson Consumer Electronics, a large plant that had been part of the Bloomington business community for many years but unfortunately closed last Friday leaving many people unemployed. Mr. Straw worked with employees that were trying to get their GEDs to make an easier transition to another job.

I strongly urge you to consider Mr. Straw's accomplishments and outstanding character as evidence that he is fit to practice law in the state of Indiana and the nation. If you have questions, please do not hesitate to contact me.

Sincerely,

Carmen Simich-Dudgeon, Ph.D.
Assistant Professor

Wendell W. Wright
Education Building
201 North Rose Avenue
Bloomington, Indiana
47405-1006

# INDIANA UNIVERSITY



March 11, 1998

Indiana State Board of Bar Examiners
Suite 1070, South Tower
115 West Washington Street
Indianapolis, IN 46204-3417

**SCHOOL OF LAW
BLOOMINGTON**

RE: Andrew U. Straw

To Whom It May Concern:

This is a letter of recommendation on behalf of Andrew U. Straw, who is applying for membership to the bar.

Mr. Straw has been my research assistant for the past year and a half. During that time, we have worked closely on several research projects and articles. In his capacity as research assistant, he has written extensively for me, often providing me with memoranda on important points of law that are relevant to my article. He also has done an enormous amount of creative research, much of which he has done on the World Wide Web. His knowledge of computers and his ability to use them as a research and communication tool is unparalleled in my experience with students and colleagues. His ability and willingness to work hard as well as his sense of humor and sensitivity to people in general make him an absolute delight to work with. His broad philosophical approach to legal issues enables him to understand the deeper societal issues involved in the legal questions we deal with. He has a keen sense of justice and fairness which he brings very effectively to play in his work.

Over the last twenty years I have had many research assistants, both at Indiana University and at Cornell, where I spent my first fourteen years as a professor. I can honestly say I have never had a research assistant better than Andrew Straw and I place him among a handful of research assistants -- perhaps three -- that are among the very best that I have ever had. His ability to communicate, to write well, to understand the drift of my arguments and where I want to go, and to be critical of what I might wish to say, have been invaluable to me. He is an extraordinary student, an imaginative and creative intellect, and a thoroughly decent and sensitive human being.

Mr. Straw is a person of impeccable integrity and great intelligence and will be a credit to any bar of which he is a member. Please let me know if I can provide you with any additional information.

Yours sincerely,

Alfred C. Aman, Jr./LJ

Alfred C. Aman, Jr.
Dean and Professor of Law

ACA:lj

**OFFICE OF THE DEAN**

Third Street and
Indiana Avenue
Bloomington, Indiana
47405-1001

812-855-8885
Fax: 812-855-7057

10. Starting at age 18, I resided at the following places for the following inclusive dates:

| Number and Street | City | State | From (year) | To (year) |
|---|---|---|---|---|
| separate form attached | | | | |
| | | | | |
| | | | | |

11. Starting at age 18, the following is a complete list of my entire employment history in chronological order. Note: Set out employer, complete address, type of work, inclusive dates, and reason for termination.

separate form attached

12. I attended the following high schools and preparatory schools during the periods noted:

| Full Name of School | Location | From (year) | To (year) |
|---|---|---|---|
| Northridge High School | Middlebury, IN | 1983 | 1987 |
| | | | |

13. I attended the following colleges, universities and law schools.

| Full name of School | Location | From (month) (year) | To (month) (year) | Degree received or to be received (month) (year) |
|---|---|---|---|---|
| Indiana University, | Bloomington, IN | 08/87 | 05/92 | B.A. 05/1992 |
| Indiana University | Bloomington, IN | 01/93 | 08/95 | M.S. 12/1995 |
| Indiana University | Bloomington, IN | 08/95 | 12/97 | J.D. 12/1997 |
| | | | | |
| | | | | |

3.

Question #10     **Addresses for Andrew Straw since his eighteenth birthday**

March 1987 – August 1987          57955 C.R. 117
                                  Goshen, IN 46526

August 1987 – May 1988            Ashton-Moenkhaus, Room 104
                                  Bloomington, IN 47406

May 1988 – August 1988            56312 C.R. 15 South
                                  Elkhart, IN 46516

August 1988 – December 1988       4493 Roxie Drive
                                  Indianapolis, IN 46236

December 1988 – May 1989          20 East Apartments, Apartment #1
                                  Elkhart, IN 46516

May 1989 – August 1989            56312 C.R. 15 South
                                  Elkhart, IN 46516

August 1989 – December 1989       (address unknown; apartment was in Speedway)
                                  Speedway, IN 46224

December 1989 – May 1990          Ashton-Johnston, Room 238
                                  Bloomington, IN 47406

May 1990 – August 1990            311 Skyline Drive, Apartment N4
                                  Plymouth, IN 46563

August 1990 – May 1991            Ashton-Johnston, Room 238
                                  Bloomington, IN 47406

May 1991 – August 1991            311 Skyline Drive, Apartment N4
                                  Plymouth, IN 46563

August 1991 – August 1992         212 Cottonwood Lane, Apartment C
                                  Greenwood, IN 46143

August 1992 – August 1993         1611 Dorchester Drive, Apartment G
                                  Bloomington, IN 47401

August 1993 – May 1994            Ashton-Weatherly, Room 126
                                  Bloomington, IN 47406

Question #10          **Addresses for Andrew Straw since his eighteenth birthday**

May 1994 – August 1994          Via Morata 46
                                44100 Ferrara, Italy

August 1994 – May 1995          400 East Second Street, Apartment 18
                                Bloomington, IN 47401

May 1995 – August 1995          Via Morata 46
                                44100 Ferrara, Italy

August 1995 – August 1997       400 East Second Street, Apartment 18
                                Bloomington, IN 47401

August 1997 – August 1998       BBHN-Hepburn C120
                                Bloomington, IN 47408

August 1998 – August 2000       7 Greenbrier Court #201
                                Fredericksburg, VA 22401

August 2000 – November 2001     1750 North Range Road, Apartment B103
                                Bloomington, IN 47408

Question #11        **Andrew Straw's employers since 1987**

| | |
|---|---|
| March 1987 – February 1987 | Mr. Donut |
| | 711 West Bristol Street |
| | Elkhart, IN 46514 |
| Type of work: | Baker.  Created all doughnut products. |
| Reason for leaving: | college began |

| | |
|---|---|
| May 1988 - August 1988 | Elkhart County START Center |
| | 629 South Third Street |
| | P.O. Box 3101 |
| | Elkhart, IN 46515 |
| Type of work: | Supervisor.  Managed handicapped youths (mentally retarded/developmentally disabled, deaf) who were doing part-time summer work in landscaping, etc. |
| Reason for leaving: | returned to school |

| | |
|---|---|
| August 1988 - December 1988 | Indiana University-Purdue University Indianapolis |
| | School of Liberal Arts |
| | 425 University Avenue, Room 401 |
| | Indianapolis, IN 46202 |
| Type of work: | Work-study.  Position in student affairs office.  Assisted in maintaining student academic files, helped counsel students on what classes to take to meet requirements of the School of Liberal Arts. |
| Reason for leaving: | semester ended; took one semester break from school |

| | |
|---|---|
| February 1989 - March 1989 | Oaklawn Mental Hospital |
| | 330 Lakeview Drive |
| | P.O. Box 809 |
| | Goshen, IN 46527 |
| Type of work: | Part-time Mental Health Worker.  Supervised patients and engaged patients in active ongoing therapy. |
| Reason for leaving: | offered full-time assistant manager position at Mr. Donut |

| | |
|---|---|
| March 1989 - August 1989 | Mr. Donut |
| | 711 West Bristol Street |
| | Elkhart, IN 46514 |
| Type of work: | Assistant manager, baker |
| Reason for leaving: | returned to school |

Question #11        **Andrew Straw's employers since 1987**

| | |
|---|---|
| August 1989 - December 1989 | Indiana University-Purdue University Indianapolis<br>School of Liberal Arts<br>425 University Avenue, Room 401<br>Indianapolis, IN 46202 |
| Type of work: | Work-study Position in student affairs office. Assisted in maintaining student academic files, helped counsel students on what classes to take to meet requirements of the School of Liberal Arts. |
| Reason for leaving: | transferred back to Indiana University-Bloomington |

May 1990 - August 1990          Walgreens Drug Store
                                837 South Ironwood Drive
                                South Bend, IN 46615
Type of work:                   Clerk in photo department of drug store.
Reason for leaving:             returned to school

May 1991 - August 1991          Revco Drug Stores
                                1900 North Michigan Street
                                Plymouth, IN 46563
Type of work:                   Clerk/Cashier.
Reason for leaving:             returned to school

August 1992 - July 1993         Options for Better Living, Inc.
                                301 West First Street
                                Bloomington, IN 47401
Type of work:                   Assistant Manager of group home for developmentally
                                disabled and mentally retarded adults.
Reason for leaving:             returned to full-time graduate studies

August 1994 - December 1994     University Computing Services
                                Indiana University
                                Lindley Hall, Room 026
                                Bloomington, IN 47405
Type of work:                   Part-time Computer Consultant. Assisted students on
                                computers and software in public computing facilities
Reason for leaving:             contract ended, decided not to renew and took library job

Question #8          **Andrew Straw's empl·yers since 1987**

| | |
|---|---|
| December 1994 - May 1995 | Library Administration |
| | Main Library, Administrative Office |
| | Indiana University |
| | Bloomington, IN 47405 |
| Type of work: | Work-study. Position in library administrative office; maintained files and prepared instruction sheets on how to use office software packages |
| Reason for leaving: | semester ended |
| | |
| May 1995 - July 1995 | D.S. Logics s.r.l. |
| | Viale Silvani 1 |
| | Bologna, Italy |
| Type of work: | Contract HTML Programmer. Created tutorial program for Italian Foreign Ministry operators to explain the ambassadorial telecommunications software |
| Reason for leaving: | finished project, contract ended |
| | |
| January 1996 - December 1997 | Legal Services Organization of Indiana, Inc. |
| | 242 West Seventh Street |
| | Bloomington, IN 47404 |
| Type of work: | Volunteer. Completed intake interviews and wrote factual summaries for staff attorneys; wrote memoranda on several legal topics and completed the divorce section of a pro se client manual |
| Reason for leaving: | completed law degree |
| | |
| February 1996 - May 1996 | McConnell for Congress |
| | P.O. Box 015 |
| | Princeton, IN 47670 |
| Type of work: | Internet Director. Created and maintained congressional candidate's Internet presence and advocated for candidate in letters to the editor and via email |
| Reason for leaving: | candidate lost primary election |
| | |
| July 1996 - August 1996 | Hunter Ridge Apartments |
| | 720 South College Mall Road |
| | Bloomington, IN 47401 |
| Type of work: | Leasing Agent. Marketed apartments and completed leases for new applicants |
| Reason for leaving: | returned to school |

Question #11          **Andrew Straw's employers since 1987**

September 1996 - October 1996      Professor Paul Craig
Dean's Suite, Room 240
Indiana University School of Law
Third Street and Indiana Avenue
Bloomington, IN 47405

Type of work:          Research Assistant. Researched legal materials for a paper
Professor Craig was writing on administrative law

Reason for leaving:          Professor Craig returned to Oxford

November 1996 - December 1997     Dean Alfred C. Aman, Jr.
Dean's Suite, Room 240
Indiana University School of Law
Third Street and Indiana Avenue
Bloomington, IN 47405

Type of work:          Research Assistant. Wrote memoranda on various aspects
of administrative and constitutional law, prepared materials
for five chapters in the Dean's 1997 administrative law
textbook supplement

Reason for leaving:          graduated from law school

January 1998 - March 1998          Alumni Development Office
Indiana University School of Law
Third Street and Indiana Avenue
Bloomington, IN 47405

Type of work:          Editor/writer. Researched for and wrote 15 articles for the
IU Update, the newsletter of the Law School's Alumni
Association

Reason for leaving:          completed articles for newsletter, project ended

August 1998 – August 2000          Mr. Alan M. Voorhees
Summit Enterprises, Inc. of Virginia
1308 Devils Reach Road, Suite 302
Woodbridge, VA 22192

Type of work:          Attorney/consultant. Provided advice and assistance on
several major philanthropic projects in Virginia, including a
pilot project to automate land records in a circuit court.

Reason for leaving:          Returned to Indiana so spouse could complete Ph.D. at
Indiana University in Bloomington.

Question #11          **Andrew Straw's employers since 1987**

| | |
|---|---|
| August 2000 – present | Indiana Supreme Court<br>Division of State Court Administration<br>115 West Washington Street, Suite 1080<br>Indianapolis, IN 46204 |
| Type of work: | Statistical Analyst.  Provide analysis of statistics and support for the Executive Director.  Assist Director and Counsel of Trial Court Technology with advances in technology that affect Indiana's trial courts (done in conjunction with Justice Sullivan and the Judicial Technology and Automation Committee). |
| Reason for leaving: | Still employed. |

14. The following is a complete report as to every incident in which I have ever been disciplined, expelled or suspended from any college, university or law school or other professional school or profession (to include academic suspension or probation) or have been removed from appointive or elective public office for cause, or have been disciplined, suspended or disbarred as an attorney.

| Institution, Profession or Office | Charge | Year | Result |
|---|---|---|---|
| Indiana University, Bloomington | alcohol possession | 1987 | reprimand letter |
| | | | |
| | | | |

15. The following list includes every state from which I have ever held a license to operate a motor vehicle.  Note: Attach copies of current report of driving history/record from Bureau of Motor Vehicles, or similar agency, for each state listed for the last five (5) years.

| State | License Held From | To |
|---|---|---|
| Indiana | August 2000 | November 2001 |
| Virginia | August 1998 | August 2000 |
| Indiana | April 1985 | August 1998 |

16. The following is a complete list of each and every civil court case or proceeding in which I have been involved as a party, including but not limited to, bankruptcy, divorce, guardianship and paternity.

**Note: (a) Set out date, name of case, court, city and state, nature of proceedings, your status,\* and the disposition made.  (b) State the date and circumstances of any restraining order issued against you.  (c)  If a support order has been issued, state whether or not you are current in your payments.  (d) If bankruptcy, attach copies of petition, schedules and discharge order.**

None

\* Note: plaintiff/defendant/ward/guardian/trustee/petitioner etc.

4.



**STATE OF INDIANA**

FRANK O'BANNON, GOVERNOR

BUREAU OF MOTOR VEHICLES
100 North Senate Avenue
Indianapolis, Indiana 46204

Gary A. Gibson, Commissioner

STATE OF INDIANA          RE: ANDREW UD STRAW
                              DOB: 03/19/1969
COUNTY OF MARION

I, GARY A. GIBSON, COMMISSIONER OF THE INDIANA BUREAU
OF MOTOR VEHICLES AND CUSTODIAN OF THE RECORDS THEREIN,
HEREBY CERTIFY THAT THE ATTACHED IS A FULL, TRUE AND COMPLETE
COPY OF THE RECORD, AS REQUESTED, AND AS IT APPEARS IN THE
FILES OF THE INDIANA BUREAU OF MOTOR VEHICLES.

IN TESTIMONY WHEREOF, I AND MY DULY AUTHORIZED REPRESENTATIVE
EXECUTE THIS CERTIFICATION AND AFFIX THE SEAL OF THE INDIANA
BUREAU OF MOTOR VEHICLES THIS FIFTH DAY OF NOVEMBER,2001.


GARY [signature] COMMISSIONER

BY: PSH

An Equal Opportunity Employer
BUREAU OF MOTOR VEHICLES
(317) 233-6000



**STATE OF INDIANA**

FRANK O'BANNON, GOVERNOR

BUREAU OF MOTOR VEHICLES
100 North Senate Avenue
Indianapolis, Indiana 46204

Gary A. Gibson, Commissioner

```
        INDIANA OFFICIAL DRIVER RECORD              AS OF 11/05/01
                                                      12:37 AM - EST
                                                            FSH


ANDREW UD STRAW                    LICENSE NUMBER: 8945-82-2125
1750 N RANGE RD B103               LICENSE TYPE:   OPERATOR
BLOOMINGTON, IN 47408              LICENSE EXPIRE:  03/2005
                                   CURRENT POINTS: 00
BIRTH DATE: 03/19/1969  MALE       LICENSE STATUS: VALID
---------------------------------------------------------------------
PHYSICAL DESCRIPTION: HEIGHT 6'02, WEIGHT 175, HAIR COLOR BRO, EYE COLOR GRN
RESTRICTIONS:        GLASSES OR CONTACT LENSES         DONOR: NONE
=====================================================================

      ** NO CONVICTIONS ON CURRENT DRIVER RECORD IN THE LAST 10 YEARS **

=====================================================================
REMARKS --
LICENSE EFFECTIVE 08/29/00     RENEWAL   OPERATOR          0131650160
LICENSE EFFECTIVE 03/20/98     RENEWAL   OPERATOR          0130550087
LICENSE EFFECTIVE 04/08/97     AMENDMENT OPERATOR          0130670083
LICENSE EFFECTIVE 03/31/94     RENEWAL   OPERATOR          0130730126
   ISS 08/15/01 RENEW TEMP DISABLED PLACARD #0303458 EXP 10/03/01 10131590073
   ISS 03/27/01 RENEW TEMP DISABLED PLACARD #0296962 EXP 07/30/01 10130600056
=====================================================================


          ***************************
          *   END OF DRIVER RECORD  *
          ***************************
```

**Andrew U. D. Straw**
Attorney and Counsellor at Law (VA)
1750 North Range Road, Apartment B103
Bloomington, IN 47408
812-334-7089
andrewudstraw@hotmail.com

November 30, 2001

State Board of Bar Examiners
South Tower, Suite 1070
115 West Washington Street
Indianapolis, IN 46204

State Board of Law Examiners:

I am including this notice because I was recently informed by the Virginia Department of Motor Vehicles that my complete Virginia driving record has been delayed due to the anthrax problem in the Washington, D.C. area. Due to this delay, I cannot include a contemporaneous driving record with my bar application. I do, however, have a copy of my Virginia driving record as of 11/2/1998, which I obtained for the Virginia bar exam. As you will note, there are no violations on my record. According to the Department of Motor Vehicles, I have had no other violations since that time (between November 1998 and August 2000), so the record I am including is still accurate, if not current. I expect the current record to arrive within the next week, and will forward it upon its arrival.

Sincerely,

Andrew U. D. Straw



**Virginia Department of Motor Vehicles**
P.O. Box 27412 Richmond, Va. 23269-000

TRANSCRIPT OF DRIVER HISTORY RECORD AS OF 11/02/98
PERSONAL USE (11 YR RECORD)                          PAGE 1

REQUESTED BY:
ANDREW U STRAW
7 GREENBRIER COURT #201
FREDERICKSBURG, VA 22401

STRAW, ANDREW U                         BIRTH DATE: 03/19/69    SEX: MALE
7 GREENBRIER COURT #201                    WEIGHT: 190       HEIGHT: 6 02
FREDERICKSBURG, VA 22401-5577               EYES: GREEN       HAIR: BROWN
RESIDENT JURISDICTION: FREDERICKSBURG CITY
ADDR CHG DATE: 08/20/98

CUSTOMER NUMBER: 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

    DRIVER LICENSE STATUS: LICENSED
COMMERCIAL DRIVER STATUS: NOT LICENSED          DRIVER POINT BALANCE: 0

CURRENT      DATE ISSUED: 08/20/98  EXPIRES: 03/31/04
LICENSE      LICENSE TYPE: DRIVERS LICENSE        ISSUE TYPE: ORIGINAL
             CLASS:       NONE
             ENDORSEMENTS: NONE
             RESTRICTIONS: 2J

FOREIGN LIC  SURRENDERED: 08/20/98  STATE: IN  LIC NO: 8945822125



         PLEASE NOTE:  IT IS UNLAWFUL TO USE THE INFORMATION FURNISHED ON
         THIS TRANSCRIPT FOR ANY PURPOSE OTHER THAN THAT STATED AS YOUR
         REASON.

THIS ENDS TRANSMISSION.

17. I have been convicted of the following violations of law: (Include all felonies, misdemeanors, infractions, traffic offenses and everything else, but omit parking violations.)

Note: (a) Set out date, name of court, city and state, law enforcement agency involved, charge, sentence and any disposition. (b) Attach copies of all charges, indictments, disposition orders, police reports and court records. Provide complete detailed information. DO NOT just refer to DMV report.

I have had two speeding tickets, one in 1987 and one in 1989. Both resulted in a fine, which I paid at the time, and both have since been purged from my driving record. I have no record of these violations, and the Indiana Bureau of Motor Vehicles has none either.

18. In addition to the convictions set forth in 17 above, I have been accused of the following violations of law:

Note: (a) Set out date, city and state, name of person who made the accusation against you, the law enforcement agency involved, if any, and disposition. (b) Give specific details of the accusation and a full description of the incident. (c) Attach copies of all documents relating to the charges and disposition thereof, including police reports, charges, indictments, disposition orders and court records.

None.

19. Within the meaning of the term "good moral character" and "fitness" to practice law as set out and defined in Rule 12 of the Admission and Discipline Rules (which I have read and understand), since I became 18 years of age the only incidents in which I have been involved where there was ANY challenge to my character, honesty and integrity are:

Note: (a) Set out a brief description of each incident, include the date, city and state, other persons involved, and how the matter was resolved. (b) Attach copies of all documents relating to the incident.

None.

5.

PREAMBLE TO QUESTIONS 20, 21, 22, 23, 24, 25 and 26

Through this application, the State Board of Law Examiners makes inquiry about mental health and addiction matters. The information received is treated confidentially and will be disclosed only to the applicant and those jurisdictions and/or individuals for which the applicant has provided a release. The purpose of our inquiries is to determine the current fitness of an applicant to practice law. The mere fact of treatment for mental health problems or addictions is not, in itself, a basis on which an applicant is ordinarily denied admission.

The State Board of Law Examiners does not, by its questions, seek detailed information of treatment that is fairly characterized as counseling in response to a specific stressful event such as illness, death, or divorce, marriage or family counseling, counseling related to law school stress or work stress or counseling for eating or sleeping disorders. Generally, the State Board of Law Examiners does not consider these types of counseling as germane to the issues of character and fitness and whether an applicant is qualified to practice law. The State Board of Law Examiners encourages applicants who may benefit from treatment to seek it. Such behavior is considered to demonstrate personal responsibility and maturity. Simple identification of such counseling is considered to be an adequate response. However, conditions or incidents which result in criminal charges being filed or police reports being issued or behaviors which are required to be reported in responses to other questions in the application must be disclosed, even if those conditions, incidents or behaviors involve stress, domestic problems, alcoholism, mental health or addiction. If you have any questions regarding disclosures, contact the office of the State Board of Law Examiners.

The State Board of Law Examiners may deny certification to applicants whose ability to function is impaired in a manner relevant to the practice of law or to applicants who fail to carry their burden of proving that they are possessed of good moral character and fitness. The terms "good moral character" and "fitness" and the relevant considerations in the determination of good moral character and fitness are defined and set out in Admission and Discipline Rule 12. This character and fitness inquiry is consistent with the public purpose that underlies the licensing responsibilities assigned to the State Board of Law Examiners by the Indiana Supreme Court.

20. Have you ever been addicted to any drug, including alcohol?    ____Yes _x_ No

21. Have you been diagnosed with, treated or counseled for, or required to attend a program for substance abuse, including prescription drugs, illegal substances or alcohol?    ____Yes _x_ No

22. Have you been diagnosed with or have you been treated for bi-polar disorder, schizophrenia, paranoia, or any other psychotic disorder?    _x_ Yes ____No

23. From the age of 16 years to the present, have you been diagnosed with or treated for any mental, emotional, or nervous disorders?    _x_ Yes ____No

24. Do you have any condition or impairment (including, but not limited to, substance abuse, alcohol abuse, or a mental, emotional, or nervous disorder or condition) which in any way currently affects, or if untreated could affect, your ability to practice law in a competent and professional manner?    _x_ Yes ____No

25. IF YOUR ANSWER TO QUESTION 24 IS AFFIRMATIVE, are the limitations or impairments caused by your mental health condition or substance abuse problem reduced or ameliorated because you receive ongoing treatment (with or without medication) or because you participate in a monitoring program?    _x_ Yes ____No

If you answered "yes" to questions 20, 21, 22, 23, 24 or 25 complete Form B1. Make as many copies of Form B1 as you need to respond to each question and return all copies with your application.

Upon review of the information you provide in Form B1 the State Board of Law Examiners will make a determination whether further information or medical records are needed to fairly assess your good moral character and fitness to practice law in Indiana. If such information or medical records are needed, you will be notified and given an opportunity to respond.

7.

26. Have you ever raised the issue of consumption of drugs or alcohol
or the issue of a mental, emotional, nervous, or behavioral disorder
or condition as a defense, mitigation, or an explanation for your actions
in the course of any administrative or judicial proceeding or investigation,
any inquiry or other proceeding, or any proposed termination by an
educational institution, employer, government agency, professional
organization, or licensing authority?                          Yes __x__ No

If you answered "yes" furnish a thorough factual explanation below.
Include pertinent names, addresses, dates and references to records,
as appropriate.

_____

_____

_____

_____

I affirm under the penalities for perjury that the foregoing statements are true and
complete.

_____
Signature of Applicant
*(Sign in black ink)*

_____11/30/2001_____
(Date)

## OATH AND ACKNOWLEDGMENT

STATE OF __Indiana__

COUNTY OF __Marion__

Before me, a Notary Public in and for said County and State, this __30__ day of __November__,
20 __01__, personally appeared __ANDREW UD STRAW__
*Name of Applicant*
and he or she, in my presence did upon his or her oath execute the foregoing Application and did
at that time acknowledge upon his or her oath to me that each and every statement made therein
is true and complete.

My Commission Expires:                        _____
                                                              Notary Public
__03-15-2008__
Affix Seal or Stamp

8.

**FORM B1**

Name____Andrew_____U. D._____Straw_____  __  _____
  First              Middle              Last              Social Sec. #

Date of Treatment      From Mo/Yr__March 1987_____ To Mo/Yr__August 1987_____

Name of attending physician___Professor Sheridan P. McCabe_____

Physician's current address__540 Flanner Hall_____

City__Notre Dame_____ State_IN_ Zip__46556___

Telephone (_219_)__631-5472_____

Name of hospital or institution
None.  I see him at his private practice._____

_____

Address_____._____

City_____ State_____ Zip_____

Telephone (_____)_____

Describe the condition, impairment, diagnosis, treatment and/or monitoring program

When my parents were divorced in 1987, I was distraught and my parents encouraged me

to see a therapist.  I talked with Dr. McCabe and his associates in Elkhart and received

counseling.  My diagnosis was depression, but I was prescribed no medications.  Dr.

McCabe's associate felt that under the circumstances, my depressed feelings were

common for adult children of divorce.

Include dates, location of the hospital, outpatient clinic, or institution, type of problem,
and name and address of the attending physician, hospital or institution, diagnosis and
treatment.

**FORM B1**

Name_____Andrew_____U. D._____Straw_____  _____
                First              Middle              Last          Social Sec. #

Date of Treatment     From Mo/Yr__December 1998_____  To Mo/Yr__December 1998__

Name of attending physician___Doctor Van der Meijs  (resident psychiatrist)_____.

Physician's current address__Rijksstraatweg 13, Postbus 5, 2120 BA Bennebrok_____

City__The Netherlands_____ State_____ Zip_____

Telephone___011-31-023-583-29-11_____

Name of hospital or institution
_Instituut voor Geestelijke Gezondheidsorg_____

_____

Address__Same as above._____

City_____ State_____ Zip_____

Telephone(_____)__Same as above._____

Describe the condition, impairment, diagnosis, treatment and/or monitoring program

I saw Doctor Van der Meijs after a flight from Washington, D.C. to Amsterdam in which

I had a short-term delusionary psychosis.  I was given one 5mg tablet of Haldol at the

airport waiting area to calm down, but was given no other medications while being

observed.  After an overnight stay, my family picked me up.  Upon leaving the Instituut,

the doctor gave me several Haldol and Oxazepam tablets just in case, but I did not need

them.  The diagnosis was brief psychotic/panic disorder caused by work-related stress,

hypertension, and separation from family.  The doctor recommended more treatment.

Include dates, location of the hospital, outpatient clinic. or institution, type of problem,
and name and address of the attending physician, hospital or institution, diagnosis and
treatment.

**FORM B1**

Name_____ Andrew_____ U. D._____ Straw_____ — _____
        First          Middle          Last         Social Sec. #

Date of Treatment    From Mo/Yr__December 1998_____ To Mo/Yr__January 1999___

Name of attending physician___Doctor Maddalena Bosio_____

Physician's current address__Via dei Pepoli n. 1_____

City__Bologna, Italy_____ State_____ Zip__–_____

Telephone__011-39-051-23-10-77_____

Name of hospital or institution
_None.  I saw her at her private practice._____

_____

Address_____

City_____ State_____ Zip_____

Telephone(_____)___ _____ _____

Describe the condition, impairment, diagnosis, treatment and/or monitoring program

I saw Dr. Bosio following my overnight stay at the hospital in Amsterdam.  Doctor Van

der Meijs recommended that I see a psychologist while in Italy and continue to see one

when I returned to the United States.   My condition was a brief psychotic/panic disorder

caused by work-related stress, hypertension, and separation from family.  Dr. Bosio saw

me several times and we discussed all of these problems.  She too recommended that I

seek out further counseling upon return to the United States.  Dr. Bosio prescribed no

medications for me.  She believed that lack of sleep was mostly to blame.

Include dates, location of the hospital, outpatient clinic, or institution, type of problem,
and name and address of the attending physician, hospital or institution, diagnosis and
treatment.

**FORM B1**

Name_____Andrew_____U. D._____Straw_____ _____ _____
          First          Middle         Last         Social Sec. #

Date of Treatment    From Mo/Yr__April 1999_____To Mo/Yr__July 2000___

Name of attending physician___Doctor Alexander Bory_____

Physician's current address___1119 Caroline Street_____

City__Fredericksburg_____State_VA_ Zip__22401____

Telephone (_540_)__371-2251_____

Name of hospital or institution
_Fredericksburg Psychological Services_____

_____

Address__Same as above._____

City_____State_____ Zip_____

Telephone(_____) _Same as above._____

Describe the condition, impairment, diagnosis, treatment and/or monitoring program

Doctor Bory is the psychologist who I saw after returning to the United States from Italy.

I first saw him when my wife returned to Italy for a visit in April of 1999 and I started to

have irrational thoughts.  Dr. Bory worked closely with Doctor Lee, a Fredericksburg

psychiatrist, who diagnosed me with bipolar disorder and prescribed me both Seroquel

and Depakote medications.  I saw Doctor Bory weekly or biweekly for psychotherapeutic

sessions.

Include dates, location of the hospital, outpatient clinic, or institution, type of problem,
and name and address of the attending physician, hospital or institution, diagnosis and
treatment.

**FORM  B1**

Name_____Andrew_____U. D._____Straw_____  —_____  —
                  First              Middle              Last              Social Sec. #

Date of Treatment      From Mo/Yr__April 1999_____ To Mo/Yr__July 2000__

Name of attending physician__ Doctor Yong B. Lee_____

Physician's current address__ 250 Executive Center Parkway_____

City__Fredericksburg_____ State_VA_ Zip__22401___

Telephone (_540_)__371-4200_____

Name of hospital or institution
Medicorp_____

_____

Address__Same as above._____

City_____ State_____ Zip_____

Telephone(_____)__Same as above._____

Describe the condition, impairment, diagnosis, treatment and/or monitoring program

Doctor Lee is the psychiatrist who I saw after returning to the United States from Italy. I

first saw him when my wife returned to Italy for a visit in April of 1999 and I started to

have irrational thoughts.  Dr. Lee worked closely with Doctor Bory, a Fredericksburg

psychologist.  Dr. Lee diagnosed me with bipolar disorder and prescribed me both

Seroquel and Depakote medications.  I saw Doctor Lee approximately three times.

Include dates, location of the hospital, outpatient clinic, or institution, type of problem,
and name and address of the attending physician, hospital or institution, diagnosis and
treatment.

**FORM B1**

Name _____ Andrew _____ U. D. _____ Straw _____ __ ___
　　　　　　First　　　　　Middle　　　　　　Last　　　　Social Sec. #

Date of Treatment　　From Mo/Yr __June 2000____　To Mo/Yr __July 2000__

Name of attending physician ___resident psychiatrist (I don't recollect her name)_____

Physician's current address __403 East Madison Street_____

City__South Bend_____ State_IN__ Zip__46617___

Telephone ( 219 )__283-1119_____

Name of hospital or institution
Madison Center Hospital_____

_____

Address__Same as above._____

City_____ State_____ Zip_____

Telephone(_____) Same as above._____

Describe the condition, impairment, diagnosis, treatment and/or monitoring program

When my wife left for a month to visit Italy in June of 2000, I had a manic episode and

went to visit my father in Goshen, Indiana.  I sought treatment at Madison Center

Hospital in South Bend, where I was given Risperdal, Depakote, and Seroquel

medications.  The attending physician, whose name I do not recall, recommended that I

stay the weekend and attend group therapy, which I did.  The diagnosis was mania

associated with bipolar disorder.

Include dates, location of the hospital, outpatient clinic, or institution, type of problem, and name and address of the attending physician, hospital or institution, diagnosis and treatment.

**FORM B1**

Name_____Andrew_____U. D._____Straw_____  _____
　　　　　First　　　　　Middle　　　　　Last　　　　Social Sec. #

Date of Treatment　　From Mo/Yr__August 2000____　To Mo/Yr__present_____

Name of attending physician___Doctor Michael P. Wenzler_____

Physician's current address__3901 East Third Street_____

City__Bloomington_____ State_IN_ Zip__47401____

Telephone (_812_)__339-0011_____

Name of hospital or institution
None. I see him at his private practice._____

_____

Address_____._____

City_____ State_____ Zip_____

Telephone (_____)_____

Describe the condition, impairment, diagnosis, treatment and/or monitoring program

When my wife and I moved to Bloomington, I sought out the help of a psychiatrist to

help me prevent any future occurrence of symptoms.  Doctor Wenzler continued me on

the drugs prescribed at Madison Center: Risperdal, Seroquel, and Depakote.  He slowly

eased me off of Risperdal over the course of several months, and then did the same with

Seroquel.  I am currently taking a maintenance dose of Depakote.  My diagnosis remains

bipolar disorder.

Include dates, location of the hospital, outpatient clinic, or institution, type of problem,
and name and address of the attending physician, hospital or institution, diagnosis and
treatment.

9.

**FORM  B1**

Name_____ Andrew _____ U. D. _____ Straw _____ — _____
          First            Middle           Last         Social Sec. #

Date of Treatment    From Mo/Yr__August 2000_____ To Mo/Yr__present_____

Name of attending physician___Ms. Denise Hyble_____

Physician's current address__205 North College Avenue_____

City__Bloomington_____ State_IN_ Zip__47401____

Telephone (_812_)__334-2858_____

Name of hospital or institution
None.  I see her at her private practice._____

_____

Address_____

City_____ State_____ Zip_____

Telephone (____)_____

Describe the condition, impairment, diagnosis, treatment and/or monitoring program

When my wife and I moved to Bloomington, I sought out the help of a therapist to help

me prevent any future occurrence of symptoms.  My diagnosis remains bipolar disorder.

Ms. Hyble has helped me explore family, work and other stresses that can precipitate a

manic episode.  She has helped me develop compensating strategies to deal with various

stresses.  I have not had a manic episode since I started seeing Doctor Wenzler and Ms.

Hyble over a year ago.

Include dates, location of the hospital, outpatient clinic, or institution, type of problem,
and name and address of the attending physician, hospital or institution, diagnosis and
treatment.

9.

# AGREEMENT, RELEASE AND AUTHORIZATION

As a condition of this Application, I agree to submit to the Board of Law Examiners any documentary or other evidence it may request in further explanation of any event occurring in my past life as to which I have within this Application made reference. Without limitation, this Agreement includes military discharge or service documents, court transcripts, records of any school or professional disciplinary proceedings as well as both a current and any past financial statement as may be requested.

I further agree to file a full and complete certified transcript of my law school record prior to admission.

By execution of this Application I acknowledge that I have studied in their entirety the Indiana Supreme Court Rules of Professional Conduct and the Code of Judicial Conduct and I hereby agree to abide by those standards if I am admitted to practice law. All information set forth in this Application and in all supplemental pages attached thereto is true, complete, accurate, and made without reservation of any kind. The said Application contains a total disclosure of all information requested therein.

I hereby authorize all persons, firms, corporations, institutions, governments, agencies and organizations of any nature or kind to release to the Board of Law Examiners, members of the Character and Fitness Committee of the Supreme Court of Indiana, and to any and all of its agents or representatives, any and all information, files or records, pertaining to this Application; and to furnish any and all documents, records, information of any nature or kind; and to permit the inspection and copying of any such documents, records, or information, including but not limited to medical reports, laboratory reports, clinical reports, or any examination or examinations, consultations or tests. I further authorize any and all persons in any capacity to answer any and all questions in any form that may be submitted to them, and I also authorize any person in any capacity to offer and to give, fully and completely, either oral or written testimony concerning my Application, including information I have furnished to them.

I hereby release and waive any and all rights to said documents, reports, information, consulations, and evaluations, and I hereby fully agree that all persons in any capacity may fully disclose said information. I hereby specifically release, acquit and discharge every person in any capacity and any and all firms, corporations, institutions, governments, agencies and organizations from any and all liability or claims of any nature or kind growing out of any investigation of any nature or kind and the furnishing of any documents, or information, or testimony of any nature of kind to the said Board of Law Examiners and Character and Fitness Commitee of the Supreme Court of Indiana and its agents or representatives. I hereby further waive all my rights or priviliges to claim any matter contained in said Application or resulting from an investigation of the undersigned as a confidential communication, and I hereby further waive and specifically release, acquit and discharge the Supreme Court of Indiana and its individual members, the Indiana State Board of Law Examiners and its individual members, and any and all agents and representatives thereof from any and all claims, demands, suits, actions or proceedings for damages or other legal or equitable relief of any nature or kind that I may have as a result of submitting said Application and the resulting investigation, decision and rulings thereon.

I fully understand and agree that this Application is a continuing application and agree that if any matter contained herein shall be changed by an event or incident I will immediately notify the Board of Law Examiners of such change.

(Note: Sign and complete in your own handwriting)

_Andrew N. D. Straw_
Signature

Dated: This _15th_ day of

_November_ 20 _01_

1750 North Range Road, B103, Bloomington, Monroe
Street, address, city, county, state, zip     Indiana, 47408

812-334-7089 / 317-233-2312
Telephone no./alternate telephone no.

10.

**Andrew U. D. Straw**
**Attorney and Counselor at Law (VA)**
1750 North Range Road, Apartment B103
Bloomington, IN 47408
812-334-7089
andrewudstraw@hotmail.com

RECEIVED

APR 3 0 2002

State Board of
Law Examiners

April 21, 2002

State Board of Bar Examiners
South Tower, Suite 1070
115 West Washington Street
Indianapolis, IN 46204

State Board of Law Examiners:

Attached to this letter is an addendum to the B-1 Form I filled out for Doctor Bory. Until the Board asked for medical records, my understanding was that both Doctor Bory and Doctor Lee in Fredericksburg had diagnosed me only with bipolar disorder.

Dr. Bory's summary, however, states that "a likely diagnosis" was schizophrenia and paranoia, and he makes no mention of bipolar disorder in his diagnostic grid. After I took the personality test to which Dr. Bory referred, he did not inform me that his diagnosis was schizophrenia and paranoia. Since I was not aware of his diagnoses when I completed the application, I did not include them. Now I am providing the addendum to inform the Board about Dr. Bory's additional comments.

All of my other doctors have diagnosed and treated me as having bipolar disorder. If the Board wishes, I am entirely willing to take further tests or evaluations to determine what my appropriate diagnosis should be.

Sincerely,

Andrew U. D. Straw

Andrew U. D. Straw

**FORM B1 (ADDENDUM)**

Name_____Andrew_____U. D._____Straw_____ _____
　　　　　　First　　　　　　Middle　　　　　　Last　　　　　Social Sec. #

Date of Treatment　　From Mo/Yr__April 1999_____ To Mo/Yr__July 2000___

Name of attending physician___Doctor Alexander Bory_____

Physician's current address___1119 Caroline Street_____

City__Fredericksburg_____ State_VA_ Zip__22401____

Telephone (_540_)__371-2251_____

Name of hospital or institution
_Fredericksburg Psychological Services_____

_____

Address__Same as above._____

City_____ State_____ Zip_____

Telephone(_____)__Same as above._____

Describe the condition, impairment, diagnosis, treatment and/or monitoring program

(Addendum to Dr. Bory's B1 Form)  In the last month of my treatment, Dr. Bory states

that "a likely diagnosis" was schizophrenia and paranoia based on his interpretation of a

personality test battery he asked me to take.

Include dates, location of the hospital, outpatient clinic, or institution, type of problem, and name and address of the attending physician, hospital or institution, diagnosis and treatment.

**ALEXANDER BORY, PH.D., P.C.**
<u>**Board Certified Clinical Psychology**</u>

1119 Caroline Street
Fredericksburg, VA 22401
Voice: (540) 371-2251
Fax:    (540) 373-5306

## <u>Psychological Evaluation and Treatment</u>

Patient Name:      Andrew U. D. Straw
Gender:            Male
Age:               31
Date of Birth:     03-19-1969
Date of Report:    06-20-2000

RECEIVED

APR 3 0 2002

State Board of
Law Examiners

### IDENTIFYING INFORMATION:

This patient is a 31 year old married male patient referred through his insurance company, for evaluation and treatment. He was initially seen on 04-28-1999 with weekly individual psychotherapy sessions through the above date. His termination was the result of a combination of no shows for session, non-compliance, an unfortunate resultant breakdown, and finally his move back to Indiana.

### RELEVANT BACKGROUND INFORMATION:

Material contained in this report has been obtained from a variety of sources including the self-reporting of highly emotional and sensitive information. Client responses are often subjective and portray the individual in a very positive fashion, frequently with omissions of information that may be viewed negatively. Unverified or undocumented information from the patient should be viewed as potentially biased toward their personal needs and goals.

### HISTORY OF PRESENT PROBLEM:

His first apparent break occurred on an overseas flight from Virginia to Bologna, when while in flight, he tried to open the aircraft door. He was arrested and involuntarily hospitalized. During the hospital stay, he related frank paranoid thoughts and visual hallucinations. He started to panic in the airplane and wanted to get out. He cleared rapidly with the aid of Haldol 5mg. And was released in the care of his wife, with a diagnosis of Brief Psychotic Disorder, 298.8

He was apparently clear 'till March of '99, when "over the week-end I had an intense experience at a meeting," prompting him again to seek further help. He described problems with stress, uncontrollable temper, work stresses, problems with career choice, sexual problems, problems concentrating, and inferiority feelings. He showed no evidence of psychosis and was on no medication.

**BRIEF PERTINENT HISTORY:**

Andrew was from a divorced family growing up in Northern Indiana. He has one younger brother. His parents divorced, an act, for which "I hated him" (referring to his father. His father was a butcher with his own shop, where his mother helped with the books. Andy also worked in the butcher shop as a child. His mother died of cancer and "I miss her terribly." He showed clear evidence of unresolved issues with his mother.

Following graduation from high school, he attended and graduated from IU in English and Political Science. He worked in a group home for one year and returned for a graduate degree in Language Education at IU. He was deeply involved with local politics and continued on to Law at IU from '95 to '97. He was admitted to the Bar in Virginia in 1999.

He met and married an Italian national and has one child. She has an advanced degree in Chinese Language and studies. Their marriage is generally good, though prone to conflicts and arguments both stemming from cultural differences and perceptual issues. Andy tends to misread situations.

**PSYCHOLOGICAL TESTING:**

Andy was not tested 'till shortly prior to termination from this service. He was experiencing a marked deterioration, with disturbing delusional thinking and a Minnesota Multiphasic Personality Inventory 2 was administered to him on 05-11-00. The results were clear with elevation on 6 and 8 with a valley of 25 points at 7 as well as an elevation on the 4. Individuals with similar profiles are usually acutely schizophrenic or pre-schizophrenic, typically with paranoid delusions. Depression, emotional inappropriateness, over-ideation and fears and phobias often are present. These people spend much time in daydreams, are shy and anxious, and keep others at a distance. They show difficulty in concentrating, and their thinking is often autistic. The content of these patients' thoughts is almost always uncommon and unconventional. Suspicion, distrust and grandiosity are typical. Behaviorally, these patients are often unpredictable. Most have inner conflicts about sexuality. Paranoid Schizophrenia became a likely diagnosis which was conveyed to his psychiatrist, Dr. Y. Lee.

**MENTAL STATUS EXAMINATION:**

Andy was always nicely and appropriately dressed and groomed. He was very verbal and demonstrated a way above average fund of knowledge and vocabulary. His thoughts tended toward the tangential, though he can indeed keep to linear and goal directed with the exception of the times of delusional activity. In the last several weeks, he tended to deteriorate and indeed demonstrate frank paranoia. He refused to take his medication as it slowed him down. Denied suicidal and homicidal ideation. Upon termination, Judgment was felt to be poor with very poor and convoluted insight.

**DIAGNOSTIC IMPRESSIONS:**

| Axis | I | 295.30 | **Schizophrenia, paranoid type** |
|------|---|--------|----------------------------------|
| Axis | II | 799.9 | Deferred |
| Axis | III | | None noted |
| Axis | IV | | work stresses; wife visiting family in Italy |
| Axis | V | 30/80 | |

## CONCLUSIONS AND RECOMMENDATIONS:

In a little over a year of individual psychotherapy, much was gained, as his issues were examined, explored and he felt fully supported. Toward the end of this treatment process, his wife left for Italy on an extended visit to her parents, taking their young child with her. Simultaneously, immigration problems were looming making it possible that she may not be able to permanently return to the US. Again, at this time, Andy became embroiled in some local politics as well as National politics wherein he accosted the Chief Clerk of the Supreme Court. As he revealed this last, I used some unfortunate phraseology (i.e. one gets "cut off at the knees" by powerful individuals like that) to let him know how much political danger he was producing for himself. About one week later, he decided to "fire" me under the guise that I must be having an affair with his wife. I spoke with him several times by phone, and he agreed to take his medications as prescribed by Dr. Lee as well as to attend his next session with me. This last, he did not do, nor did he call to cancel. Under these circumstances, he was terminated from this service.

Alexander Bery, Ph.D., FAClinP
Board Certified Clinical Psychology