**ALEXANDER BORY, PH.D., P.C.**
Board Certified Clinical Psychology

1119 Caroline Street
Fredericksburg, VA 22401
Voice: (540) 371-2251
Fax:    (540) 373-5306

## Psychological Evaluation and Treatment

| | |
|---|---|
| Patient Name: | Andrew U. D. Straw |
| Gender: | Male |
| Age: | 31 |
| Date of Birth: | 03-19-1969 |
| Date of Report: | 06-20-2000 |

RECEIVED
APR 30 2002
State Board of Law Examiners

### IDENTIFYING INFORMATION:

This patient is a 31 year old married male patient referred through his insurance company, for evaluation and treatment. He was initially seen on 04-28-1999 with weekly individual psychotherapy sessions through the above date. His termination was the result of a combination of no shows for session, non-compliance, an unfortunate resultant breakdown, and finally his move back to Indiana.

### RELEVANT BACKGROUND INFORMATION:

Material contained in this report has been obtained from a variety of sources including the self-reporting of highly emotional and sensitive information. Client responses are often subjective and portray the individual in a very positive fashion, frequently with omissions of information that may be viewed negatively. Unverified or undocumented information from the patient should be viewed as potentially biased toward their personal needs and goals.

### HISTORY OF PRESENT PROBLEM:

His first apparent break occurred on an overseas flight from Virginia to Bologna, when while in flight, he tried to open the aircraft door. He was arrested and involuntarily hospitalized. During the hospital stay, he related frank paranoid thoughts and visual hallucinations. He started to panic in the airplane and wanted to get out. He cleared rapidly with the aid of Haldol 5mg. And was released in the care of his wife, with a diagnosis of Brief Psychotic Disorder, 298.8

He was apparently clear 'till March of '99, when "over the week-end I had an intense experience at a meeting," prompting him again to seek further help. He described problems with stress, uncontrollable temper, work stresses, problems with career choice, sexual problems, problems concentrating, and inferiority feelings. He showed no evidence of psychosis and was on no medication.

## BRIEF PERTINENT HISTORY:

Andrew was from a divorced family growing up in Northern Indiana. He has one younger brother. His parents divorced, an act, for which "I hated him" (referring to his father. His father was a butcher with his own shop, where his mother helped with the books. Andy also worked in the butcher shop as a child. His mother died of cancer and "I miss her terribly." He showed clear evidence of unresolved issues with his mother.

Following graduation from high school, he attended and graduated from IU in English and Political Science. He worked in a group home for one year and returned for a graduate degree in Language Education at IU. He was deeply involved with local politics and continued on to Law at IU from '95 to '97. He was admitted to the Bar in Virginia in 1999.

He met and married an Italian national and has one child. She has an advanced degree in Chinese Language and studies. Their marriage is generally good, though prone to conflicts and arguments both stemming from cultural differences and perceptual issues. Andy tends to misread situations.

## PSYCHOLOGICAL TESTING:

Andy was not tested 'till shortly prior to termination from this service. He was experiencing a marked deterioration, with disturbing delusional thinking and a Minnesota Multiphasic Personality Inventory 2 was administered to him on 05-11-00. The results were clear with elevation on 6 and 8 with a valley of 25 points at 7 as well as an elevation on the 4. Individuals with similar profiles are usually acutely schizophrenic or pre-schizophrenic, typically with paranoid delusions. Depression, emotional inappropriateness, over-ideation and fears and phobias often are present. These people spend much time in daydreams, are shy and anxious, and keep others at a distance. They show difficulty in concentrating, and their thinking is often autistic. The content of these patients' thoughts is almost always uncommon and unconventional. Suspicion, distrust and grandiosity are typical. Behaviorally, these patients are often unpredictable. Most have inner conflicts about sexuality. Paranoid Schizophrenia became a likely diagnosis which was conveyed to his psychiatrist, Dr. Y. Lee.

## MENTAL STATUS EXAMINATION:

Andy was always nicely and appropriately dressed and groomed. He was very verbal and demonstrated a way above average fund of knowledge and vocabulary. His thoughts tended toward the tangential, though he can indeed keep to linear and goal directed with the exception of the times of delusional activity. In the last several weeks, he tended to deteriorate and indeed demonstrate frank paranoia. He refused to take his medication as it slowed him down. Denied suicidal and homicidal ideation. Upon termination, Judgment was felt to be poor with very poor and convoluted insight.

**DIAGNOSTIC IMPRESSIONS:**

| Axis | I   | 295.30 | Schizophrenia, paranoid type |
| Axis | II  | 799.9  | Deferred |
| Axis | III |        | None noted |
| Axis | IV  |        | work stresses; wife visiting family in Italy |
| Axis | V   | 30/80  | |

**CONCLUSIONS AND RECOMMENDATIONS:**

In a little over a year of individual psychotherapy, much was gained, as his issues were examined, explored and he felt fully supported. Toward the end of this treatment process, his wife left for Italy on an extended visit to her parents, taking their young child with her. Simultaneously, immigration problems were looming making it possible that she may not be able to permanently return to the US. Again, at this time, Andy became embroiled in some local politics as well as National politics wherein he accosted the Chief Clerk of the Supreme Court. As he revealed this last, I used some unfortunate phraseology (i.e. one gets "cut off at the knees" by powerful individuals like that) to let him know how much political danger he was producing for himself. About one week later, he decided to "fire" me under the guise that I must be having an affair with his wife. I spoke with him several times by phone, and he agreed to take his medications as prescribed by Dr. Lee as well as to attend his next session with me. This last, he did not do, nor did he call to cancel. Under these circumstances, he was terminated from this service.

Alexander Bery, Ph.D., FAClinP
Board Certified Clinical Psychology