# STATE OF INDIANA

**STATE BOARD OF LAW EXAMINERS**
SOUTH TOWER, SUITE 1070
115 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204
(317) 232-2552
FAX (317) 233-3980

KATHRYN A. BROGAN, PRESIDENT
FORT WAYNE

JOELLEN LIND MCGUIGAN, VICE PRESIDENT
VALPARAISO

ALONZO WEEMS, TREASURER
INDIANAPOLIS

STEPHEN R. HEIMANN, SECRETARY
COLUMBUS

MARY PLACE GODSEY
EXECUTIVE DIRECTOR

ARENO J. KREI
INDIANAPOLIS

SHEILA M. CORCORAN
EVANSVILLE

CYNTHIA S. IGLAND
ELKHART

CALVIN D. HAWKINS
GARY

LESLIE C. SHIVELY
EVANSVILLE

MARIANNE L. VORHEES
MUNCIE

June 3, 2002

Andrew U.D. Straw
1750 North Range Road
B103
Bloomington, IN 47408

Dear Mr. Straw:

Enclosed is a signed copy of the Consent Agreement. As we discussed, the first report is due September 30, 2002.

All other requirements for admission have been met. You are eligible for admission on June 7, 2002.

Very truly yours,

Mary Place Godsey

Mary Place Godsey
Executive Director

BEFORE THE STATE BOARD OF LAW EXAMINERS
STATE OF INDIANA

IN RE: Application of Andrew U.D. Straw )
Admission to the Bar of Indiana )

CONSENT AGREEMENT

Andrew U.D. Straw, hereinafter referred to as "Applicant," hereby agrees to the following conditions in the event the Supreme Court of Indiana grants the Applicant a Conditional Admission to practice law in the State of Indiana.

1. The applicant's license to practice law shall be subject to the conditions of this Consent Agreement for a period of a minimum of two years and a maximum of five years. After the conditions of this Consent Agreement have been completed for the minimum two year requirement, the State Board of Law Examiners shall review the terms of the Conditional Admission and Applicant's compliance with the conditions of the Consent Agreement. Following its review, the State Board of Law Examiners may remove the conditions of this Consent Agreement, in which event the Applicant shall then be unconditionally admitted, or may continue the Applicant's Conditional Admission under the terms of this Consent Agreement for an additional period not to exceed three years.

2. During the period of Conditional Admission, the Applicant shall:

    a. continue taking medication prescribed by his psychiatrist;

    b. submit quarterly statements to the Board by September 30, December 31, March 31 and June 30 of each year from his psychiatrist and his therapist demonstrating that the Applicant has been seeing them regularly and taking his medication and that his bipolar condition remains successfully managed.

3. The State Board of Law Examiners shall monitor the conditions set forth in this

Consent Agreement.

4. Failure to observe the conditions of the Conditional Admission or any violation of the terms of this Consent Agreement may result in revocation of the Conditional Admission pursuant to the procedures established by the Board of Law Examiners and subject to all available appeal procedures under the Admission and Discipline Rules.

I, Andrew U.D. Straw, hereby certify that I have read this Consent Agreement and fully understand its contents. I have sought the advice of an attorney or freely have waived the necessity of seeking such counsel prior to executing this Consent Agreement. I hereby freely consent to the terms and conditions contained herein.

*Andrew U. D. Straw*
Signature of Applicant

The above conditions were accepted by the Board this 31st day of May, 2002.

STATE BOARD OF LAW EXAMINERS

BY *Mary Place Dorsey*
Executive Director