Home > ABA Groups > Commission on Disability Rights > Initiatives & Awards > Lawyer Spotlight > January 2014: Andrew Straw

# January 2014: Andrew Straw

EX 39



**Political advocate for persons with disabilities**

Andrew U.D. Straw is a solo practitioner. He has been practicing civil rights and employment law for 14 years, after graduating from the University of Indiana- Maurer School of Law. Disability rights advocacy "is my focus in life and my career and I love it." Andrew explains that the barriers and injustices he encounters as a person with bipolar disorder and physical impairments resulting from a car accident motivates his work. He uses his experiences as a person with disabilities to be a successful advocate, as he understands the barriers that many of his clients encounter. "My disabilities give me credibility."

In 2013, Andrew founded the Disability Party, which is dedicated to increasing "access and opportunity" for people with disabilities everywhere. The Party now boasts more than 1,000 followers in 35 countries. His interaction with other people with disabilities inspires and drives him to do more. "Their struggles are my struggles." Recently, Andrew got 70 businesses in Streamwood, Illinois, where he lives, to provide handicap parking spaces.

Regarding his own accommodations, Andrew has realized that "[o]ver time, you run into the things that are barriers that make you less effective. This is true of anything, not only disabilities. I know how effective I want to be, and certain behaviors can make me more effective. Such accommodations really help." For example, he explains that he works at home most of the time, and takes naps when he needs to in order to refresh. He also tries not to drive further than he needs, as it can cause pain and numbness in his legs. Additionally, "My golden retrievers are a real comfort, as their lovely faces and licks can improve any mood."

When asked about the inclusion of lawyers with disabilities in the legal profession, Andrew says we have a very long way to go. Attitudinal barriers are the most difficult to overcome. He is currently evaluating the relationship between disability, admission, and discipline rules of all state supreme courts.

Contact: andrew@andrewstraw.com

Home > ABA Groups > Commission on Disability Rights > Initiatives & Awards > Lawyer Spotlight

# Lawyer Spotlight



The ABA Lawyer Spotlight is a monthly feature that highlights an attorney with a disability who is an asset to the profession.

Participants come from all practice areas and all work environments. There are also various types of disabilities represented. Profiles often describe the individual's work experience and disability. Many of our Spotlights offer advice and insight into the legal profession from the perspective of an individual with a disability.

Suggest a lawyer for the Spotlight

## 2015 Spotlights

- Won Shin

- Sean E. Pevsner

## 2014 Spotlights

- January 2014: Andrew Straw

- February 2014: Richard Nenno

- May 2014: Kathy Flaherty

- June 2014: Michael Gilberg

- August 2014: Haben Girma

- October 2014: Robert Dittman

## 2013 Spotlights

January: Janice Lerner-Stein

- Februaury: Michelle Duprey

- March: Timothy Elder

- April: Sara Gibson

- May: Brian McLaughlin

- June: Michael Steven Stein

- July: Charlotte Lanvers

- September: Trevor Finneman

- October: James T.R. Jones

- November: Michael A. Schwartz

- December: Jehmal Hudson

# 2012 Spotlights

- December: Stephen Rosenbaum
- November: Michelle Uzeta
- October: Edward Marquette
- September: Michael J. Wasser
- February: Claudie Grant, Jr., J.D.

# 2011 Spotlights

- December: Sean E. Pevsner, Esq.
- October/November: Tim Fox, Esq.
- September: Hon. Judge Charles D. Susano, Jr.
- July/August: Parnell Diggs, Esq.
- June: David Estrada, Esq.
- May: Wendy K. Akbar, Esq.
- April: Assistant Dean Sylvia Novinsky, Esq.
- March: Cristina N. Rubke, Esq.
- January: Kathleen Hagen, Esq.

# 2010 Spotlights

- December: Professor Hope Lewis
- November: Malissa Hathaway McKeith, Esq.
- October: Jim Comstock-Galagan, Esq.

- September: Rachael Langston, Esq.
- August: Professor Sue Titus Reid, J.D., Ph.D.
- July: Denise Joan Pipersburgh, Esq.
- June: Stuart Pixley, Esq.
- May: Angela C. Winfield, Esq.
- April: Saul J. Morse, Esq.
- March: Beth Sufian, Esq.
- February: Beverly Poole Baker, Esq.
- January: Darryl A. Weiss, Esq.

## 2009 Spotlights

    December: Alexander P. Ryan, Esq.

- November: Howard A. Rosenblum, Esq.
- October: J. Patrick Glynn, Esq.
- September: Mildred A. Rivera-Rau, Esq.
- August: Joseph J. McMahon, Jr., Esq.
- July: James A. Merklinger, Esq.
- June: David S. Caplan, Esq.
- May: Lou Ann Blake, J.D.
- April: Aaron C. Bates, Esq.
- March: Rodney R. Cate, Esq.
- February: Faye Kuo, Esq.

- January: Claudia L. Gordon, Esq.

## 2008 Spotlights

- December: Scott P. Moore, Esq.
- November: Doug Heir, Esq.
- October: Michael J. Sharley, Esq.
- September: Isaac J. Lidsky, Esq.
- August: Michael Baillif, Esq.
- July: Leonard D. DuBoff, Esq.
- June: Josh Mendelsohn, Esq.
- May: Charles S. Brown, Esq.
- April: Andrew J. Imparato, Esq.
- March: Olegario "Ollie" D. Cantos, VII, Esq.
- February: Professor Michael A. Schwartz
- January: Gary C. Norman, Esq.

## 2007 Spotlights

- December: The Honorable Richard B. Teitelman
- November: Scott C. LaBarre, Esq.
- October: The Honorable Michael J. Kurz