EX 41

FILED: September 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-MISC-10

In re:  Application for Exemption
from Electronic Public Access Fees
by Andrew U. D. Straw

O R D E R

This matter is before the Court upon application by Andrew U. D. Straw for exemption from fees imposed by the Electronic Public Access (EPA) fee schedule adopted by the Judicial Conference of the United States Courts.

Mr. Straw, who states that he lives in poverty on SSDI, seeks an exemption from EPA fees to research disability cases for purposes of filing amicus curiae briefs in support of disability rights.

This court is authorized to grant an exemption from EPA fees only with respect to its own electronic case files. With respect to those files, the court finds the requested exemption to be necessary to avoid unreasonable burdens and promote public access to information.

Accordingly, the court grants Mr. Straw an exemption from electronic access fees on case files maintained by this court, subject to the following limitations:

- this fee exemption applies only to Mr. Straw and is valid only for the purpose stated above;
- this fee exemption applies only to electronic case files of this court that are available through the PACER system;
- by accepting this exemption, Mr. Straw agrees not to sell for profit any data obtained using this exemption;

- Mr. Straw is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
- this exemption is valid until June 30, 2022; and
- this exemption may be revoked at the discretion of the court at any time.

A copy of this order shall be sent to the PACER Service Center.

For the Court – By Direction

_____
Patricia S. Connor, Clerk