# Summit Asset Management, LLC

EX 42

14102 Sullyfield Circle, Suite 150
Chantilly, VA 20151-1610
703-463-0117 Phone
703-463-0120 Fax

Date: 8-10-11

To: Andrew Straw          FAX#: 877-310-9097

From: Mary Gorret

Subject: _____

Page(s) to follow: 1

Message: orig copies are in the mail.

Revised 2-4-10

203 James Dr. S W
Vienna, Va. 22180
July 27, 2011

To Whom It May Concern:

My name is Mary E. Gonet and I am chief financial officer of a company in northern Virginia called Summit Asset Management. The owner of this company was Alan M. Voorhees, an entrepreneur and famous transportation planner. I began working for Mr. Voorhees in 1970 and, although he passed away in 2005, I am still working for his family.

Mr. Voorhees' interests were many and varied, including real estate, investments, and business ventures. He was primarily known as an "angel" who was instrumental in investing in small start up companies to help them get started. To accomplish all of this it was necessary to get advice and legal counsel. Andrew Straw filled this role in many of his endeavors.

Mr. Voorhees was extremely involved in state and local government activities, including the Library of Congress, State and Local Governments, the Jamestown Colony, etc. He had a devoted interest in "maps" and was very well known for his collection of original Virginia maps.

Mr. Straw, with his legal knowledge and advice, helped Mr. Voorhees with these endeavors as well as the Council for Excellence in Government, the Virginia State Assembly and several of his private ventures such as Autometric, an aerospace firm. These included his involvement with land records, software usage, Voorhees College, Sylvan Internet, and many others. Voorhees College is a Historically Black College in South Carolina, and Mr. Straw did legal work related to donations to the College.

I worked very closely with Mr. Voorhees and was, therefore, very involved in his relationship with Mr. Straw. Mr. Straw's advice and counsel were always most valuable in our business environment.

I would be happy to respond to any questions or requests you might have.

Very truly yours,

*Mary E. Gonet*

Mary E. Gonet