Filed: 1/4/2023 1:41 PM
Monroe Circuit Court 1
Monroe County, Indiana

# MID-ATLANTIC ASSOCIATION OF COURT MANAGEMENT

hereby certifies that

## Andrew U.D. Straw

has attended

**MAACM's LEADERSHIP DEVELOPMENT SERIES**

October 3 - 6, 1999     Ocean City, Maryland

EX 43



*Anne P. Stygles*
Anne Stygles, President