# STATE of INDIANA



## SUPREME COURT
### DIVISION OF STATE COURT ADMINISTRATION

EX 44

**LILIA G. JUDSON**
Executive Director

**MEG W. BABCOCK**
Counsel

**JACK L. STARK, JR.**
Director, Trial Court Services

**LINDA L. LOEPKER**
Staff Attorney

**TOM CARUSILLO**
Staff Attorney

**KIMBERLY A. JACKSON**
Staff Attorney

**NANCY L. GETTINGER**
Director, GAL/CASA

**JOHN J. NEWMAN**
Director, Information Management

**RUSTY L. LOWE**
Director, Technical Services

**RONNIE MILLER**
Statistical Analyst

115 WEST WASHINGTON STREET SUITE 1080
INDIANAPOLIS IN 46204-3417
(317) 232-2542
FAX (317) 233-6586

August 30, 2000

Andrew Straw
1750 N. Range Rd., #B103
Bloomington, IN 47408

Dear Andrew,

I'm pleased to confirm our offer and your acceptance to be a Statistical Analyst with the Indiana Supreme Court Division of State Court Administration. As we discussed, your starting date is August 24, 2000. Your starting salary will be $51,000. After a nine-month review, you will be eligible for a $1,400 increase. Since you are an attorney, the salary level will become commensurate with that of a staff attorney. Thus, in eighteen months from the date of hire, you will be eligible for a full staff attorney salary, which presently is $52,873.

Enclosed is a job description listing the many duties and responsibilities of the position. I believe we discussed most of these, but please don't hesitate to let me know if you have any questions or comments.

I'm excited about your joining our team and look forward to working with you.

Sincerely,

Lilia Judson

LGJ/rsm
Enclosure

cc: Doug Cressler
    Meg Babcock
    Kurt Snyder

---

JUDICIAL QUALIFICATIONS (317) 232-4706
INFORMATION MANAGEMENT (317) 232-4703
PUBLIC DEFENDER COMMISSION (317) 232-2542
PAYROLL AND CLAIMS (317) 232-7591
GAL/CASA (800) 542-0813

## Job Description

### Statistical Analyst, Division of State Court Administration, Indiana Supreme Court

*Duties:*

Assists Executive Director and Director and Counsel of Trial Court Technology in carrying all responsibilities and duties relating to:

I. **Data gathering system, including but not limited to:**

- Administers collection and audits of all judicial and probation statistical reports;
- Updates reporting forms;
- Updates statutory changes affecting reporting requirements;
- Updates statistical report instructions;
- Administers weighted caseload measures system;
- Generates statistical measures for senior judge appointments;
- Develops forecasting trends;
- Reviews, analyzes and makes recommendations regarding local and district case reallocation plans;
- Coordinates and conducts periodic revalidation of weighted caseload system;
- Works with Judicial Conference committees on weighted caseload information and any other related projects;
- Provides statistical support for all other STAD sections, including GAL/CASA, Family Court project, etc.;
- Is responsible for publication of all annual reports;
- Provides assistance to trial judges, clerks, and court personnel in complying with statistical requirements by conducting seminars, trial court evaluations, training sessions and answering questions and inquiries;
- Generates reports for legislative committees and staff;
- Travels to trial courts to evaluate data gathering systems and make recommendations.

II. **Providing other assistance, including but not limited to:**

- Assists with the publication of The Indiana Court Times;
- Assists Supreme Court judges and staff with PC applications, such as Power Point, Excel, Access, etc.;
- Produces periodic reports;
- Performs any other functions assigned by the Director of Trial Court Automation, the Executive Director the Chief Justice, members of the Indiana Supreme Court and its committees.

### Job Requirements:

- At a minimum a bachelors degree from an accredited institution of higher education; J.D. degree is preferable;

- Excellent communication skills, including grammar, proofreading, editing;
- Experience with interactive web applications;
- Expertise in creation and design of web documents, including HTML, PDF and graphics;
- Experience and knowledge of information technology systems;
- Expertise with database applications including query, reporting, modification, and design;
- Familiarity with Lotus Notes, Lotus Domino. Lotus Pump and AS/400 are helpful;
- Experience and knowledge of statistical analysis;
- Familiarity with Indiana's judicial system;
- Knowledge of Access, Excel. PowerPoint, and web page development systems,
- Knowledge of Civil, Criminal and Juvenile laws and procedures,
- Ability to deal tactfully with persons in authority;
- Ability to communicate and teach;
- Legal and analytical skills;
- Problem Solving skills;
- High professional ethical standards;
- Ability to be flexible and work on multiple projects simultaneously,
- Ability to perform under pressure and to comply with deadlines;
- Ability to manage and supervise staff.

### Difficulty of Work:

This position requires a diverse range of analytical skills, legal knowledge, information management system experience, strong leadership skills, problem solving skills, and excellent communication skills.

### Responsibility:

The Statistical Analyst is responsible to the Director and Counsel of Trial Court Technology, the Executive Director, the Chief Justice of Indiana and the members of the Supreme Court. The Director serves at the pleasure of the Chief Justice. The responsibility level is very high. The position requires independent judgment, policy determinations, and a great deal of accountability.

### Work Relationships:

The Director works closely with the trial bench, the members of the Supreme Court and their staff, members of Supreme Court committees, the Director of Trial Court Technology, the Executive Director, members of the legislature and their staff, other state and Supreme Court Agencies,

2