Filed: 1/4/2023 3:41 PM
Monroe Circuit Court 1
Monroe County, Indiana

EX 45

