EX 46

July 11, 2002

To:       Andrew Straw

From:     Lilia G. Judson
          Executive Director

          *Lilia Judson* (signature)

Subject:  Termination

After careful and deliberate consideration and consultation with the Chief Justice, we have decided to terminate your employment as Statistical Analyst for the Indiana Supreme Court, Division of State Court Administration.

Your work product does not meet the minimum level essential for the position of Statistical Analyst. Your failure to perform adequately the functions of the job has been apparent since you began employment with this office. Unfortunately, it has not improved. It has had a negative impact on the operations of the office and has caused an unnecessary burden of work on your co-workers. Additionally, you have frequently exhibited serious lack of professional judgment, which is unacceptable. Lastly, by your own admissions, you have continued to violate a Court policy of which you not only had notice but about which you were counseled.

Your employment is terminated as of the end of the business day which is 4:30 today, and we ask that you remove all personal effects from your desk by that time. Before leaving the State Court Administration's premises today you must return all keys, passes and property of the Court and our office. Thereafter, you will not be permitted in the non-public/employee areas of the Court or the Division of State Court Administration without express prior permission.

You have no remaining unused benefit time. You may be entitled to COBRA and other benefits, and information regarding this will be mailed directly to you at the address you have provided to the Court's personnel files. Your final paycheck will also be mailed to that address.

C:   Meg Babcock
     Linda Loepker
     Ron Miller
     Employment File