

Ph.D in Education Program
waldenu.edu/PhD_in_Education
Doctoral Courses That Allow You to Learn Online, Offline, or On The Go



EX 48

NEWS HOME | ARCHIVE SEARCH HOME

South Bend Tribune news archive

Click here to go back to search results | Click here for a printer friendly version of this article

### South Bend Tribune (IN)

November 14, 2010
**Section:** news
**Page:** B10

## Source of problem in court stats found

*ALICIA GALLEGOS Tribune Staff Writer*

SOUTH BEND — A St. Joseph County judge says he has found the source of problematic court data being submitted to the Indiana Supreme Court that for years has ended up in annual totals. A Tribune analysis in October found significant inaccuracies among the higher court's data for St. Joseph County, including extremely inflated case filings and missing categories.

The state reports, compiled yearly along with that of other Indiana counties, is used for policy decisions, judicial staffing, and proposing fees and penalties.

After a review by him and his staff, St. Joseph Superior Chief Judge Michael Scopelitis said the misdemeanor stat trouble seems to stem from most St. Joseph County defendants being counted twice by the courts.

Scopelitis explained that when someone is arrested on a misdemeanor and bonds out of jail, that person is assigned a case number and receives a date to appear in court. In many cases, however, the arrestee goes to court before a misdemeanor charge has been officially filed by the prosecutor's office. With no official charge, Scopelitis said, the case is dismissed by the judge.

If the prosecutor later files a charge, a new "cause" number is then assigned to the same person, he said.

These double assignments create a lopsided number of misdemeanors filed in St. Joseph County — nearly 3,000 more than actually filed in 2008 — along with an exorbitant rate of dismissals.

"We're generating more cause numbers than we need to," Scopelitis said. "That creates a misconception that we need to figure out how to fix."

Until The Tribune's review of the court statistics, Scopelitis said, "nobody ever compared numbers with the judges' and prosecutor's."

The process of double counting, the judge said, has been going on for years.

Questions remain as to how much these errors and others would have, and do, affect the larger picture of state trends.

Although U.S. Supreme Court officials say the effect is only "minor," one former court statistician disagrees.

'This is wrong'

While compiling data for the state between 2000 and 2002, former statistician Andrew Straw said he noticed constant errors in the countywide numbers.

"It was so obviously wrong," Straw said during a recent phone interview. "Just knowing the size of the court and the size of the community, sometimes it just wasn't right. We'd go back and say, 'This is wrong.'

"I don't know if they knew what to do about it."

Straw, who no longer works for the Supreme Court and now lives in Goshen, called The Tribune after reading its first report on the stat trouble.

Straw said statisticians and others gathering data for the state were under extreme pressure to complete the reports on time, and mistakes would often be missed because of the rush.

He believes the effect of the discrepancies is greater than the state will acknowledge.

"It can make a difference if a new court is added or a new judge is hired," he said. "It's not insignificant."

**Lilia Judson**, executive director of the Indiana Supreme Court Division of State Court Administration, confirmed Friday that Straw was a former employee of the state, but she adamantly disagreed with his assertions.

**Judson** said that after the county reports are submitted, the state spends months reviewing and checking for errors. Target dates are set for the reports but rarely met because of the extra time to examine and correct data.

"I can't say we don't miss things," **Judson** said. "We do. But I can't say we are under pressure to get the report out."



James Walker, director of Trial Court Management for the state, said that even if errors are discovered after it's too late to make changes, officials note the information in a footnote section of the completed reports.

**Judson** believes Straw is a merely a "disgruntled employee" and said he has no authority to speak on the state's statistics issues.

Straw acknowledged he was let go of his position not "on the best terms," but his reasons behind his departure differ from **Judson**'s.

As for the total effect of mismatched numbers such as St. Joseph County's misdemeanors, **Judson** said the effects are small considering the millions of court cases counted statewide.

She also does not believe any errors have affected legislative decisions in the state.

Clear solution?

In St. Joseph County, discussion is under way between judges, clerks, jail officials and the prosecutor, to solve double-counting defendants.

Scopelitis said one alternative is to give deputy prosecutors more time for filing misdemeanor charges by initially setting court dates further back.

That way, when a resident appears in court for the first time and has been charged, he or she will keep the same number first assigned. Another possibility is for magistrates not to dismiss a noncharged case right away, but set it over a few weeks to see whether the status changes.

Walker, with the Supreme Court, has suggested that St. Joseph County residents who bond out of jail receive a number with a different designation that is then counted separately from "filed" cases.

Other stat problems are not as easily fixable.

During its analysis, The Tribune also found that cases where defendants receive a pretrial diversion or were sent to drug court were not being counted. The category on state reports read zero, while annually close to 50 cases go to drug court, according to the prosecutor's office.

Scopelitis said this has to do with the outdated software used by the county that has no category to input "deferred cases."

"The system is so old, it's ready to collapse," the judge said.

In this case, Scopelitis said the courts will have to wait until the Odyssey Case Management System is fully incorporated into the county's record system.

Odyssey is an online record keeping system that in 2009 was adopted in St. Joseph County for traffic infractions and citations. The system will soon be used for additional records and caseload management.

Straw, meanwhile, wonders why there are not more eyes on court statistics to begin with before they make their way to the state.

"Why is it just the clerk looking at it, why not send it to the prosecutor and have him look at it?" he asks. "It has to be more than just one person looking at it."

St. Joseph County Prosecutor Michael Dvorak said he would be open to reviewing and comparing court stats with his office's records if needed.

Staff writer Alicia Gallegos: agallegos@sbtinfo.com 574-235-6368

© Copyright 2010 South Bend Tribune. All rights reserved.



# Xoom.com® - Official Site
xoom.com
Money Transfer Fees from $4.99! Bank Deposit Cash Pickup & Delivery

© Copyright The South Bend Tribune, South Bend, IN    A Schurz Communications company