# Exhibit HH

EX 49

**Subject:** Re: IBJ Indiana Lawyer Comments on IU-Maurer School of Law Dean Search
**From:** "Robel, Lauren Kay" <lrobel@indiana.edu>
**Date:** Mon, Nov 11, 2013 8:42 pm
**To:** "andrew@andrewstraw.com" <andrew@andrewstraw.com>
**Attach:** sigimg0
sigimg1
sigimg2

Sparkling flying colors is the right standard, Andy. You are a brilliant lawyer. It has always been wonderful to watch your advocacy,   Lauren