**ABA**
Defending Liberty
Pursuing Justice

**AMERICAN BAR ASSOCIATION**

EX 50

March 14, 2017

Mr. Andrew U. D. Straw
1900 E Golf Rd Suite 950
Schaumburg, IL 60173

ABA ID Number: 02158874

Dear Mr. Straw:

It has been voluntarily reported to the American Bar Association by reporting agents designated by the Indiana Supreme Court that you have been suspended for a minimum of 180 days from the practice of law.

Your previous membership support of the Association is important to us and is greatly appreciated. However, Article 3, Section 3.3 (b) of the American Bar Association Constitution and Bylaws states:

> §3.3 Termination of Membership.
>
> (b) A member who is in default in the payment of dues or other monetary obligation to the Association may be dropped from membership. A member who, by a final order or judgment, (1) is convicted of a felony or (2) is disbarred or suspended for a period longer than six months from the practice of law in a state, territory, or possession of the United States, ceases to be a member of the Association. A member who, because of misconduct ceases to be a member of the bar of a state, territory or possession of the United States, also ceases to be a member of the Association. For other good cause, after a hearing at which the member is given reasonable opportunity to be present with counsel and be heard in his or her own defense, a member may be censured, suspended, or dropped from membership by the Board of Governors.

March 14, 2017
Page Two

If this information is correct, you are no longer eligible for membership in the American Bar Association. If the information that we have received is in error, or if you have been reinstated or readmitted to the practice of law by the court that imposed this disciplinary sanction, **please send a letter to that effect by April 3, 2017 to the ABA Membership Department, 321 North Clark Street, Chicago, Illinois 60654**.

Your letter must include copies of any documents demonstrating that you were not suspended for more than six months or disbarred, or that you have been reinstated or readmitted to the practice of law in every jurisdiction in which you are admitted. If we do not receive this information by **April 3, 2017** your membership in the American Bar Association will be cancelled. If you are subsequently reinstated or readmitted to the practice of law, you may reapply for ABA membership.

Sincerely,

Joani Holmes
Director, ABA Service Center