# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 27, 2021

*Before*

DIANE S. SYKES, *Chief Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 17-1338 | ANDREW U. D. STRAW,<br>    Plaintiff - Appellant<br><br>v.<br><br>INDIANA SUPREME COURT, et al.,<br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-03483-JMS-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson ||

Upon consideration of the **MOTION TO RECALL THE MANDATE FOR CERTAIN ERRORS OF LAW AND FACT IN PANEL ORDER ON THE ISSUE RES JUDICATA**, filed on May 23, 2021, by the pro se appellant,

**IT IS ORDERED** that the motion to recall the mandate is **DENIED** as frivolous.

**IT IS FURTHER ORDERED** that Straw is fined $1,000 for filing a frivolous motion after this court previously warned and sanctioned him for his numerous frivolous submissions. *See Straw v. Indiana*, No. 18-2878, ECF No. 31 (7th Cir. Apr. 28, 2021); *id.*, ECF No. 19 (7th Cir. October 25, 2018); *In re Straw*, 736 F. App'x 605 (7th Cir. 2018); *Straw v. Village of Streamwood*, 734 F. App'x 344 (7th Cir. 2018).

**IT IS FINALLY ORDERED** that unless and until Straw pays in full the sanction that has been imposed against him and any outstanding filing fees incurred after April 21, 2021, the clerks of all federal courts in this circuit are directed to return unfiled any papers submitted either directly or indirectly by him or on his behalf. *See In re City of Chicago*, 500 F.3d 582, 585-86 (7th Cir. 2007); *Support Sys. Int'l, Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995) (per curiam). In accordance with our decision in *Mack*, exceptions to this filing bar are made for criminal cases and for applications for writs of habeas corpus. *See Mack*, 45 F.3d at 186–87. This order will be lifted immediately once Straw makes full payment. *See City of Chicago*, 500 F.3d at 585-86. If Straw, despite his best efforts, is unable to pay in full all outstanding sanctions and filing fees, he is authorized to submit to this court a motion to modify or rescind this order no earlier than two years from the date of this order. *See id.*; *Mack*, 45 F.3d at 186.

form name: **c7_Order_3J**     (form ID: **177**)