Andrew U. D. Straw  
712 H ST NE, PMB 92403  
Washington, DC 20002  
(847) 807-5237  
andrew@andrewstraw.com

EX 57

Senator Sheldon Whitehouse
170 Westminster St., Ste. 200
Providence, RI 02903
P: (401) 453-5294
F: (401) 453-5085

Hart Senate Office Bldg., Rm. 530
Washington, DC 20510
P: (202) 224-2921
F: (202) 228-6362

November 21, 2022

Dear Senator Whitehouse,

    My name is Andrew Straw and I am writing because I have experienced the most extreme levels of disability discrimination from the state and federal courts and I want you to know so you can help change how things are.

    I have been recognized by the ABA for my civil rights work on behalf of people with disabilities. I have also been a high level employee of the Indiana Supreme Court, its statewide statistical analyst.



1

However, once that court was aware that I have disabilities, including from a car accident on the way to the court to work, discrimination has been constant for the past 20 years. When I made a formal petition to complain in 2014, it resulted in a **disciplinary attack initiated by the court ADA coordinator** attacking my mental disability (from Camp LeJeune poisoning as an infant), my disability rights work in courts, and my own petition for relief. I was shocked that an *ADA coordinator* would do that, but perhaps it was not so surprising given the Indiana Supreme Court is Republican-only now. There has not been a Democrat on that court in years.

I was suspended **without due process** and without any consideration of the **mitigating factors**. See:

http://InReStraw.andrewstraw.com

http://dueprocess.andrewstraw.com

http://mitigation.andrewstraw.com

When Indiana imposed its illegal suspension, it tried to get other courts to suspend me. 4 Midwest U.S. District Courts did so and they provided NO HEARING before doing that, even when I demanded a hearing. The 7th Circuit allowed this and no surprise, that is another Republican-dominated court. *Straw v. U.S. District Court*, 17-2523 (7th Cir. 2017).

When Indiana attempted to get Virginia to suspend me, Virginia called this attack a **"drive-by shooting"** and said **I did not file totally frivolous cases** and so was not even disciplined with one day of suspension by the original courts in the cases attacked. https://www.vsb.org/docs/Straw-062217.pdf  Virginia said NO to Indiana.

I appealed the Indiana suspension, but the U.S. Supreme Court would not hear it. I sued under the ADA and other laws but the federal courts in the 7th Circuit would not allow it. The U.S. Supreme Court would not hear that appeal either. I sued over my federal licenses suspended because of Indiana when not suspended originally, but the U.S. Supreme Court would not hear those appeal either, even with the **total lack of due process** and **no consideration of mitigating factors**. There have been so many injuries, I have appealed to the U.S. Supreme Court 13 times and was never granted certiorari even one time.

The Supreme Court cannot just sit there and allow lower courts to **attack their employees with disabilities** and **injure them for decades**. The U.S. Supreme Court does not exist as far as I am concerned. It has poked me in denying *in forma pauperis* but has not given me any merits decision over the past 8 years I have been trying.

The state and federal courts say that I am incompetent and file frivolous cases, but that's not true. Even though I am disabled, I am highly competent. The problem is that courts can use their discretion to attack a person directly or indirectly based on their disability, and **this is discrimination**. There is no law stopping a federal judge from discriminating. There should be a law, perhaps under the FTCA, to allow fallacious and abusive court judgements to be compensated.

Indiana is the most heinous because it **bans all disabled people from being lawyers** and lumps all disabilities with substance abuse. http://ban.andrewstraw.com

What effect does this have? There are, officially, **no disabled lawyers** in Indiana. This means there are **no disabled judges or justices**. It means the Attorney

3

General cannot be disabled. It means even the Protection & Advocacy organization and other organizations that are supposed to protect disability rights cannot even be represented by disabled lawyers. State and local agencies cannot hire a disabled lawyer because there are none, officially. Prosecutors and public defenders cannot be disabled.

This creates a bar that is totally nondisabled and does not have official personal disability diversity unless some lawyer is mercifully allowed to be a member *despite* the rule. That's not a right to be a disabled lawyer, that's a weak privilege that can be yanked away for the **slightest challenge to this discriminatory system**.

Given the bench and bar are not disabled in Indiana, the pool of lawyers who are **hired by the federal government** in Indiana also are tainted by the Indiana Supreme Court ban. The pool of Indiana lawyers, not disabled, is the source for federal judge appointments. No wonder there is no sympathy at all from the federal courts. Sympathy for disability is beaten out of the bench and bar, state and federal.

Once my disabilities became clear (physical and mental from public service and the crimes of others), I became waste material to be tossed.

http://crime.andrewstraw.com

http://disability.andrewstraw.com

The federal courts are so hostile to me, the 7th Circuit thought it was acceptable to **HIRE my appellee as a federal judge** while I was suing him before a panel of the 7th Circuit. *Straw v. Indiana Supreme Court, et. al.*, 17-1338, 692 F. App'x 291 (7th Cir.) (**Dkts. 79 & 80**). In rejecting my requests for justice, the 7th Circuit has compared

4

me to an insane man who wears tinfoil hats against space aliens and a murderer with a 60-year sentence. I receive no respect at all. Please view these documents I assembled with the cases in my portfolio and the reforms I think should happen.

http://all.andrewstraw.com    http://reform.andrewstraw.com (reform bill)

The Indiana Attorney Disciplinary Commission only wanted a **60-day** suspension of me. Before demanding that, IADC said I could have **NO discipline** if I would put my law license into a *de facto* permanent "disability status" which was not active in good standing. Permanent because my disabilities are permanent. The hearing officer wanted even less, only what he called a **"brief" suspension**. Because I said no to the disability status, the hammer fell and it keeps falling.

The Indiana Supreme Court said my disability work was **"incompetent."** In re Straw, 68 N.E.3d 1070 (Ind. 2017). This after the ABA featured me on its website as a "political advocate for persons with disabilities." https://www.americanbar.org/groups/diversity/disabilityrights/initiatives_awards/spotlight/straw_a/

Instead of a brief suspension or 60 days, the Indiana Supreme Court suspended me for **180 days**, with one dissenter wanting even more punishment. There is no Indiana rule allowing a 180-day suspension to also be indefinite, but that is how my suspension was treated. With me objecting month after month after month, February 2023 will be **6 years of total suspension** on a **180-day suspension**.

My 4 federal licenses have been suspended for the same time, so February 2023 will be 72 months of suspension (**12x** the original amount) imposed on 5 law licenses,

4 of which included **no hearing**. Interestingly, I informed the 4th Circuit, where I am licensed still, about this suspension, but no investigation or suspension was imposed on me. So Virginia said no to Indiana and so did the 4th Circuit, implicitly.

These are extremely valuable properties to me, as you might expect. I sued in federal court for property takings relief under the Tucker Act, but the Court of Federal Claims and the Federal Circuit would not review what another court does, and so denied me. *Straw v. United States*, 21-1597, 21-1598 (Fed. Cir. 2021)(*cert. denied* **2/22/2022**, the 21st anniversary of my car accident nearly taking my life on my way to work at the Indiana Supreme Court). To deny me on that day in particular shows the **Supreme Court of the United States is personally hostile to me**. The Supreme Court had the nerve to say I had abused process and this is totally and absolutely ridiculous and shows the short fuse for disability rights and property rights that I have asserted. I am no longer allowed to file petitions *in forma pauperis* with the U.S. Supreme Court. *Straw v. United States*, 21-6713.

I have never in my life filed anything with a court that was frivolous in the sense of having no legal or factual basis at all. Courts abuse me because of what I am asking and this simply **closes those courts to me**. This includes the Supreme Court of the United States, which has demonstrated it is closed to me.

Because I was not allowed relief under the Tucker Act, I sued under the 5th Amendment directly, but I received the same response from the D.C. Circuit. No other court will be reviewed, they said, even when **the D.C. Circuit has precedents protecting law licenses as property**. *Straw v. United States*, 21-5300 (D.C. Cir. 2022).

6

With my federal cases going nowhere, and knowing the futility of asking a federal court to pay 5th Amendment property takings compensation for its own reciprocal suspension, I went to Indiana state courts for relief.

I sued Indiana for the 5 law license takings. *Straw v. Indiana*, 53C01-2110-PL-002081 (Monroe Cty. Cir. Ct. #1). This was dismissed after a constitutional discussion on this **first impression matter**. In other words, whether taking my law license either for the 180-day full time or the time after the suspension (5+ years) should have ended was a compensable property taking. The Indiana Court of Appeals affirmed, but with a much longer discussion showing that law licenses are property and theoretically could be taken and compensated under certain conditions per the Indiana Bill of Rights, Art. 1, Sec. 21. *Straw v. Indiana*, 22A-PL-766 (Ind. Ct. App. 2022).

Despite there being 2 2022 precedents that show such a dismissal is **without prejudice** and **an amendment should be allowed**, my trial judge would not. He also had compared in his dismissal order the attacks on my disability work to **prostitution with a car**, my law licenses being the car, such that I should expect not to be compensated. I challenged it. *Straw v. Indiana*, 22A-PL-2352 (Ind. Ct. App.)

I am painted either insane or a criminal and so I am stripped of my dignity and property in that fashion. But I was not accused of a crime. I have no criminal record at all, anywhere. I am, because of these violations, an asylum seeker in the Philippines. http://cpa.andrewstraw.com The Indiana Supreme Court did not say I had committed any dishonest act, only that I did things **incompetently** in several federal cases over which **Indiana had no jurisdiction** and the **federal judges did not**

7

**sanction me under Rule 11**. The Indiana Supreme Court simply delved into the merits of my cases and attacked me. I don't believe there is any other example of such brazen retaliation, both based on my petition in **2014** and my federal ADA cases.

Judges are out of control, but they do favor lawyers who share their own Republican politics. This is why former Indiana Attorney General Curtis T. Hill, a flaming conservative Republican, was allowed to **grope 4 white women** (he is black) in public, and then used his office to attack his victims. A prime example of **DARVO**. He was given only 30 days of suspension with automatic reinstatement, even though *he was accused of crimes of moral turpitude*. http://curtishill.andrewstraw.com

But I am a Democrat also associated with the Green Party and my own Disability Party. I am punished like I committed crimes when Virginia State Bar said **I did not even violate any ethical rule**. 6 years of this in February 2023!

I think the Senate should use my case, these violations of my human rights and dignity to rip the Republican judges into pieces as unfair, biased, and hateful, which matches the attitude of their party regarding disability rights. I know some fair Republicans, a few, and they are aghast at how I was treated by judges. Not fairly. Not with moderation and restraint, but **retaliation** meant not only to hurt me but to enforce the disabled lawyer ban and instill fear in other disabled people.

Please use the Senate to change this. It cannot stand.

Respectfully,

*Andrew U. D. Straw*

Andrew U. D. Straw

8