IN THE

# Monroe County, Indiana, Circuit Court #1

EX 58

| | | |
|---|---|---|
| **ANDREW U. D. STRAW**, ) | | |
|     *Plaintiff,* ) | | |
| ) | Case No: 53C01-2110-PL-002081 | |
| v. ) | | |
| ) | | |
| ) | | |
| **STATE OF INDIANA**, ) | Hon. | |
|     *Defendant.* ) | Judge Presiding | |

### LETTER REGARDING PROPERTY RIGHTS

I, Andrew U. D. Straw, *plaintiff* in this action, make this LETTER regarding the failure of Indiana and the United States to uphold their property rights obligations to me and my family:

### FACTS

1. As I prepare to litigate in federal court, I wish to make a last statement about property rights to this Court.

2. My 5 law licenses were taken after I asked the Chief Justice of Indiana if I could help the court advance disability rights in March of 2014. I was denied, rejected.

3. Then, 5 months later after gathering my evidence, I petitioned the Indiana Supreme Court to address the disability rights violations to my person.

4. That petition was denied twice in August of 2014 by the Clerk of the Indiana Supreme Court.

1

5. Then, Ms. Rodeheffer, another Indiana Supreme Court staff member, retaliated against my petition, calling into question my sanity and attacking my disability work as nonsense.

6. This while in the same year, I was a finalist for **Executive Director of Indiana Disability Rights** (IPAS).

7. I was found qualified to be **General Counsel of the U.S. Access Board** in that same year.

8. I was found qualified to be **attorney advisor** for both the **U.S. Army Medical Command** and the **Headquarters of the U.S. Marine Corps at Quantico**, Virginia.

9. It is absolutely obnoxious that I was called incompetent by someone who would *not* be qualified for any of these positions of high importance for disability rights generally, as well as veterans.

10. I am the expert, not anyone at the Indiana Supreme Court.

11. I won't even go into the full amount of sheer horror I experienced when the reckless driver broke both my legs and pelvis and skull on my way to the Indiana Supreme Court to work.

12. I still feel pain today when I walk, **every single day**. That sacrifice to the Indiana Supreme Court will never leave me. I am reminded of it when I wake up, all day long, and when I go to sleep.

13. My mental illnesses, freely admitted by me, are from being poisoned by the U.S. Marine Corps when my father was training at Camp LeJeune from 1968-

1970, after which he served in Vietnam. I was born on top of an EPA Superfund site. Public Law 117-168, SEC. 804.

14. My father fought against Communists in Vietnam.

15. What does that mean? Communism is an ideology (*Das Kapital*) focused on property ownership and renouncing the rights of individuals in favor of an all-powerful state that can take anyone's property at will.

16. When I took the Oath of Office in 1999 as an attorney in Virginia and at the 4th Circuit U.S. Court of Appeals, I was working for a billionaire who designed the U.S. highway system in the 1950s and was a WWII hero, a silver star winner and Navy Seal (UDT-11) in the Pacific.

17. I agreed, swore on my oath while working for that hero, that I would protect and defend the state and federal constitutions.

18. Virginia's Commonwealth Constitution protects property rights. Bill of Rights, **Section 11**.

19. That Commonwealth constitution also protects the property rights of crime victims and guarantees restitution. **Section 8-A.**

20. The Fifth Amendment protects individuals against deprivations of property, "Takings."

21. When I came to Indiana and passed the bar, I again agreed to defend the Fifth Amendment and added the Indiana Constitution and its Bill of Rights, which protects property from deprivation by government. Section 21.

22. The 4 federal courts in the Midwest where I had active in good standing licenses prior to 2017 all required me to again affirm on my honor and oath that I would protect the U.S. Constitution, including its Fifth Amendment and the property protections therein.

23. I have mental illness because my father also took the U.S. Marine Corps' oath to defend the Constitution, including the Fifth Amendment and its protection of property rights against Takings.

24. I would not have been exposed to those poisons and my mother would not have DIED of a Camp LeJeune cancer while I was in Law School but for my father's dedication to the U.S. Constitution and our system of government, which believes *ostensibly* in individual property rights.

25. I should have had $500,000 in compensation from the car accident on my way to the Indiana Supreme Court to work in 2001. But Indiana does not value me or my injuries. It did not in 2001 and it still doesn't in 2023.

26. Indiana did not require enough insurance of that reckless driver, who was in poverty and had the least amount required by Indiana law. $100,000

27. So, while working for the Indiana Supreme Court and being under oath and honor obligations to protect the property rights of others, my property rights were not protected by Indiana or its Supreme Court.

28. I was also denied Workers Compensation and its protections of property rights.

29. This while I worked for the Chief Justice of Indiana and served every court in the State of Indiana, those courts of course protecting property rights in all 92 Indiana counties.

30. I protect others *but I am not protected.*

31. Similarly, when the ADA coordinator attacked me, she attacked the mental illness that the U.S. Marine Corps inflicted on me while my father was defending American constitutional property rights.

32. My law licenses, all 5 here, were taken from me with the first sentence of the disciplinary complaint attacking the mental illness caused by my father dedicating himself to property rights in the U.S. Constitution.

33. Once again, *my family protected everyone else's property rights*, but when it came time to protect *mine*, my disability from that service was used to take my property without any compensation.

34. The allegation that I violated some ethical rule was false, a lie. This is why Virginia, where I was first admitted to practice law, [denounced what Indiana did to me](), taking my law licenses as "a drive-by shooting."

35. My use of the federal courts was attacked in a flurry of federal crimes, as I have described. Crimes done to *take my property and insult me* on top of that. I wished to protect the rights of myself and other disabled people and I asked for property damages in those lawsuits.

36. So, my First Amendment right to use the federal courts to obtain property damages for disability violations was trampled by the Indiana Supreme Court when <u>those federal judges did not sanction me at all</u>.

37. I lost the most valuable property I own, 5 law licenses, property granted to me because I PROMISED to protect the Constitution and the property rights of others.

38. There is no correct perspective on the other side.

39. My properties were taken. My property rights trampled. It was theft.

40. And other side wants to say that I deserved it.

41. My grandfather served in the U.S. Navy in WWII. He took that same oath to protect the Constitution and property rights. His brother, my great uncle, also took this oath and served in the 82nd Airborne in WWII. My grandmother's brothers fought in Europe in WWII and took that same oath.

42. My mother's brother and my father's brother also served in the U.S. Military and took these property rights oaths.

43. My brother took the same oath and served both in the U.S. Army, 82nd Airborne, and as a critical care trauma nurse and captain in the U.S. Air Force with 2 tours served in Afghanistan saving the lives of about 600 veterans with their limbs blown off after THEY promised to defend the Constitution and property rights.

44. My great-grandfather served in the U.S. Army in WWI and WWII both. He took that oath to defend the Constitution and property rights.

45. My ancestor in the American Civil War took that oath to defend the Constitution and property rights, expanding that coverage to blacks after the U.S. Supreme Court failed so dismally on property rights in the Dred Scott decision.

46. Judges do not necessarily protect property rights. Often they let their prejudices hold sway and they violate their oaths to protect property rights.

47. My American Revolution ancestor, Dr. Thomas Young, served in the Continental Army as a surgeon, trying to save others who took the oath to defend our new nation and its dedication to property rights. The American Revolution was fought with many references to property rights. It was Dr. Young, MY ANCESTOR, who suggested to the Patriots to [throw the tea in Boston Harbor](). He died in his Continental Army hospital of an infection. There were no antibiotics then.

48. My ancestor, [the Radical Dr. Young](), drafted the [first Pennsylvania constitution in 1776]() with Thomas Paine and Benjamin Franklin. In included property rights. Vermont, when it was added as a state, used the same constitution as Pennsylvania and my ancestor was honored to name the State of Vermont.

49. My family has been in this for property rights and individual rights since the beginning.

50. My mental illness may just be *an expression of that dedication*, not a reason to take from me and insult everything I do as frivolous.

7

51. It is worthy to remember that King George denounced the Declaration of Independence as being [delusion](). It seems those in power who resist change are addicted to insults and accusations of insanity against opponents.

52. To take my law licenses and dishonor me, force me to fight for 20+ years because disability is disfavored in Indiana is so wrong, it brings calumny on the State of Indiana and every judge who will not obey the law and protect me.

53. I sacrificed my mind to this ideal. I sacrificed my bones and blood. [So has my family for 250 years.]()

54. I should be honored along with all my relatives who have fought and died to protect property rights of all Americans against tyrants. My rights, that today appear to mean nothing to anyone in power in Indiana.

55. I ask from government, after promising myself to protect property rights, to stop **taking from me** but **not giving back**. I have to oppose an abusive government that lies and takes my property because **I promised I would**, for law licenses covering Virginia, West Virginia, Maryland, North Carolina, South Carolina, Indiana, Illinois, and Wisconsin.

WHEREFORE, I make this LETTER to lament the absolute failures of property rights in the State of Indiana and I hope some federal court will finally stop violating me and give me the justice I have earned through blood, broken bones, and much patience required of me as others defy me and my rights.

I verify on penalty of perjury that the above statements are true and correct or matters of opinion and my viewpoints. Dated: **January 19, 2023**.

Respectfully,

s/ Andrew U. D. Straw
712 H ST NE, PMB 92403
Washington, D.C. 20002
(847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **January 19, 2023**, the foregoing **LETTER** was e-filed with the Court using the IEFS system and was served upon the opposing counsel for defendant by that electronic system, to wit:

Mr. Alexander Carlisle, alexander.carlisle@atg.in.gov

Respectfully submitted,

s/ Andrew U. D. Straw
712 H ST NE, PMB 92403
Washington, D.C. 20002
(847) 807-5237
andrew@andrewstraw.com