IN THE
# United States District Court
# for the Northern District of California

Robert F. Peckham Federal Building
& United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113
408-535-5363

| | | |
|---|---|---|
| **ANDREW U. D. STRAW**, *Plaintiff*, | ) ) | Case No.: 5:22-cv-7718-EJD |
| | ) | Hon. Edward J. Davila |
| v. | ) ) | Judge Presiding |
| **LINKEDIN CORP**, *Defendant*. | ) ) ) ) ) | HEARING: HEARING TIME: JURY TRIAL NOT DEMANDED |

## MOTION TO WITHDRAW LAWSUIT AND FOR DISMISSAL WITH PREJUDICE

I, *plaintiff* Andrew U. D. Straw, make this motion to withdraw the lawsuit:

### FACTS

1. Plaintiff and defendant LinkedIn by counsel have agreed to settlement terms and both sides agree that the lawsuit should be withdrawn as the dispute is now resolved.

WHEREFORE, I, Andrew U. D. Straw, plaintiff, move for the Court to dismiss this action in its entirety with prejudice.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: **May 24, 2023**.

Respectfully,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **May 24, 2023**, I filed the above **MOTION** and below **PROPOSED ORDER** via CM/ECF into this case to the Clerk of Court and CM/ECF will serve all parties and will place this document into the docket of the case.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com

IN THE
# United States District Court
## for the Northern District of California

Robert F. Peckham Federal Building
& United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113
408-535-5363

| | | |
|---|---|---|
| **ANDREW U. D. STRAW**, | ) | Case No.: 5:22-cv-7718-EJD |
| *Plaintiff,* | ) | |
| | ) | Hon. Edward J. Davila |
| v. | ) | Judge Presiding |
| | ) | |
| **LINKEDIN CORP**, | ) | HEARING: |
| *Defendant.* | ) | HEARING TIME: |
| | ) | |
| | ) | JURY TRIAL NOT DEMANDED |

## ORDER

The Court, being advised in the premises that both plaintiff and defendant agree this matter should be dismissed with prejudice in its entirety due to it being resolved, the matter is:

DISMISSED WITH PREJUDICE as requested.

It is SO ORDERED.

_____     _____
DATE                                                              HON. EDWARD J. DAVILA