UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW U. D. STRAW,<br><br>     Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>     Defendants. | Case No.: CASE NO. 5:22-cv-07718-EJD<br><br>**PLAINTIFF'S DISMISSAL OF DEFENDANT LINKEDIN CORPORATION WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Andrew U.D. Straw hereby dismisses Defendant LinkedIn Corporation WITH prejudice.

Dated: May 25, 2023

By:    */s/* Andrew U. D. Straw
      ANDREW U. D. STRAW